**EXHIBIT "A"**

   

abou

  

**Commercial Tires and Services**
**Passenger/Light Truck Distribution**
**Retreading**
**TCI Careers**

**TCI's Retread Plant Locations**

**Customer Information Center**





## Retreading & Casing Management

TCI can improve the total life-cycle performance of your fleet's tires with our comprehensive approach to retreading and our unique retread manufacturing capabilities. As one of the largest Retreaders in the U.S., we operate 14 state-of-the-art Michelin Retread Technologies (MRT) plants in 12 states producing pre-mold and custom mold retread products of unparalleled quality, consistency and reliability. We invite you to visit one of our manufacturing plants and you'll immediately see the Tire Centers difference. The quality and process controls in our retread plants are part of why "No Other Retread is a Michelin" and why no one can provide you services and casing management programs like TCI Tire Centers.

TCI utilizes Michelin's advanced MRTI inspection, quality assurance and manufacturing processes, and exclusive Michelin tread products to provide retreads to your fleet that deliver as close to new tire performance as a retread possibly can. Your drivers can run on our retreads with confidence and trust. Michelin Retread Technologies retreads are the only retreads built with Michelin new-tire tread rubber compounds and tread designs that prolong the life of your tires.

TCI's approach to retreading is unique in the industry. We recognize that your casings represent a significant investment for your company and you deserve the greatest possible total return on that investment. We work with you to maximize the life of your casings. At TCI the retread process begins with tracking your assets when we pick them up at your location, all the way through the retreading process, until they're returned to you on the date we promised. We'll help you define maintenance methods and utilization practices to extend the life of your casing through use analysis and disposition reports. We'll work with you to define "MRTI Business Rules" that make sense for your business and maximize the value you obtain from your casing. We capture the pertinent information about your casing throughout its entire life cycle so you make informed decisions about tire selection and retreading specifications.

How confident are we in our Retreading capability? Just visit one of our plants and you'll see how we can provide the comprehensive warranty that comes with every TCI-MRTI Retread.

TCI Home Privacy Policy

      

*Centered On Service™*

abou

## TCI® Tire Centers is your Total Tire Management Solution

TCI Tire Centers is one of the country's leading tire service networks. With over 125 commercial locations, 15 state-of-the-art retreading plants and more than 30 wholesale distribution centers, we specialize in commercial truck tire sales and service solutions, the manufacture of custom-mold and pre-mold truck retreads to the quality and process standards established by Michelin Retread Technologies, and the distribution of passenger and light truck tires to independent tire retailers.

**Commercial Tires and Services**
**Passenger/Light Truck Distribution**
**Retreading**
**TCI Careers**
**Press Releases**

## Our Vision
To provide optimal tire services and solutions with a passion for service excellence and creating customer loyalty

## TCI Values
Safety First
Do the Right Thing
Develop People
Operational Excellence
Grow Profitably

**Customer Information Center**




Whether you're a commercial fleet or an independent tire retailer, TCI is committed to providing the best total tire management solution for your operation. We are *Centered On Service*™ like nobody else in the business.

See how TCI can serve your Commercial Tires & Services or Passenger/Light Truck needs.

TCI Home Privacy Policy






# NO OTHER RETREAD STARTS WITH SUCH INTENSIVE INSPECTION TO ENSURE RELIABILITY FOR THE MOST DEMANDING APPLICATIONS.

### To confirm sound, stable sidewalls



**1** Grazing Light Inspection by trained technicians highlights sidewall irregularities that may indicate internal damage such as zippers.

### To verify suspected steel damage



**2** Fluoroscopic X-Ray Inspection of steel belts and cables reveals the status of suspected conditions such as zippers, road hazard damage, run-flat abuse, and the status of prior repairs. The system is capable of providing a photographic copy of its findings.

### To make sure you get leak-free liners



**3** Electronic Liner Inspection detects inner liner penetrations far too small and subtle for unaided eyes to see.

### To spot separations



**4** Our Casing Integrity Analyzer® (CIA®) chamber and Michelin® Automated Casing Evaluation® (ACE®) software use laser beams to detect hidden casing separations — before they lead to downtime down the road.

# NO OTHER RETREAD USES MICHELIN® NEW-TIRE TECHNOLOGY DESIGNS, MATERIALS, PROCESSES AND STANDARDS TO DELIVER GENUINE MICHELIN PERFORMANCE.

### To build on the best foundation



MRT Computer-Controlled Buffing System delivers precise crown contours. Undertread Proximity Sensor sets new standards for consistency.

### To give you bonds that endure



Our MRT Cushion To Casing™ System extrudes hot cushion gum onto the casing — filling up skives and buzzouts while laying down an ideal bonding layer.

### To deliver genuine Michelin Performance



MRT Treads are built using Michelin® tread rubber compounding technology and road-proven Michelin new-tire tread patterns.

### To lay the new tread with new-tire precision



Computer controlled tread builders for our Pre-Mold™ and Custom Mold™ processes.

### To cure retreads to Michelin standards



Curing process that uses Michelin® technology and Michelin specifications for time, temperature, vacuum, and pressure.

# Michelin Retread Technologies.
## Improving your bottom line through innovation.

| MRT PROCESS | INDUSTRY STANDARDS |
|---|---|
| Initial Inspection with grazing light | Typically visual only without grazing light |
| Fluoroscopic X-Ray | Typically not required |
| Electronic liner inspection | Typically not required |
| All casings inspected with CIA°<br>• Laser Shearography | Not all casings inspected<br>• Sound waves |
| Buffing<br>• Full computer control<br>• Radial buff across crown | Buffing<br>• Semi computer control or template<br>• Circumferential buff |
| Undertread electronically measured | Pilot skives required, but seldom, but seldom done |
| Repair stations<br>• Ergonomic, well-lit | Repair stations<br>• Varies widely |
| Tread Building<br>• Computer controlled, precise<br>• Cushion To Casing™<br>• Fills skives automatically | Pre-cured Tread Building<br>• Manually measured, stretched/compressed<br>• Pre-calendared cushion<br>• Manually filled |
| New-tire rubber, new process | Softer rubber, process-driven |
| New tire tread designs | Patent excluded by tire manufacturers |
| Pre-Mold Curing<br>• Double enveloped<br>• Under 2 hours<br>• Temperature variance <5% | Pre-cured Curing<br>• Single enveloped, ring seals<br>• Longer<br>• Temperature variance up to 30% |
| Final Inspection<br>• CIA° and X-Ray available | Final Inspection<br>• Normally not available |



# RETREADS HAVE JUST BECOME RADICALLY BETTER.

Whether or not you run retreads today, you need to consider two questions. Are retreads as good as they could be? Could Michelin® make them much better? No. And yes. And the proof is new Michelin Retreads. These are the first and only retreads built with Michelin precision, to Michelin standards, using Michelin new-tire tread rubber compounds and tread designs. In short, the world's most advanced tire technology, from the world's tire leader. New Michelin Retreads perform more like Michelin tires than like other retreads. Which means you can use Michelin Retreads just like Michelin tires. With confidence and pride. To save money and downtime. Here is the inside story of why this is so.

## Why trust your retreads to anyone else?



MICHELIN
RETREAD TECHNOLOGIES



## Michelin® Retread Technologies, Inc.

## Like-new manufacturing. Like-new performance.

To revolutionize retread performance, Michelin® Retread Technologies, Inc.™ (MRTI) took a radically new approach to every step of the retreading process.

The end result is new Michelin Retreads — the first and only retreads built with:

- Michelin precision for:
  - Maximum reliability
  - Minimum downtime

- Michelin new-tire tread designs and tread rubber compounds for:
  - Outstanding driver acceptance
  - Exceptional wear-per-32nd
  - Michelin new-tire fuel efficiency with "No Compromise" traction and handling
  - Lower operating temperature and extended casing life
  - Lower cost-per-mile



### The Challenge

- New Tread
- Cushion Layer
- Casing

### Retreads CAN approach new-tire reliability IF

THE CASING is
- undamaged or fully repaired
- buffed to correct undertread depth and crown contour

THE CUSHION LAYER is
- applied to a properly prepared casing which has all voids filled
- durably bonded to both the casing and new tread at all points

THE NEW TREAD is
- precisely applied, cut, and joined
- uniformly and completely cured onto the casing, without overheating

The challenge comes down to re-engineering the retreading process to eliminate guesswork and provide consistency. MRTI has stepped up to this challenge.



*MICHELIN — A better way forward*