

# MRTI Grazing Light Inspection 1

INSPECTION

## Verifies sound, stable sidewalls.

*Feature:* A unique lighting technique for inspecting sidewalls from shoulder to bead.

*Advantage:* Helps our trained technicians better detect subtle irregularities that may indicate internal damage such as zippers.

*Benefit:* Saves you money by identifying potential problems.

# MRTI Grazing Light Inspection  1

## MRTI Grazing Light Inspection

- It may sound simple to give the eagle eye to each incoming casing. But it takes special expertise — and precise illumination — to perform this first, vital step properly.

- Typical retreading shops do not consistently enforce lighting standards for inspection. At MRTI Retreading Shops, exacting lighting standards for inspection help our trained technicians accurately assess each casing.

- When Grazing Light inspection raises concerns about sidewall, bead or shoulder conditions, we don't guess; we verify with x-rays. This helps save you money by keeping damaged casings off your truck — and keeping sound and repairable casings out of the scrap pile!





MICHELIN
A better way forward



## MRTI X-Ray Inspection 2

INSPECTION

## Verifies suspected steel damage.

*Feature:* Advanced x-ray system for visually inspecting the steel belts and cables hidden within the casing.

*Advantage:* Reveals the status of suspected conditions such as zippers, road hazard damage, run-flat abuse, and prior repairs.

*Benefit:* Positively identifies problem casings so they can be repaired or scrapped before they cause you problems out on the road.

# MRTI X-Ray Inspection 2

## MRTI X-Ray Inspection

- We have designed our retreading technologies with a clear understanding of your needs. You need retreads that are affordable to buy and reliable to run.

- For this reason, we have carefully designed our retreading technologies to balance high production efficiency and high product reliability.

- The way we use our Fluoroscopic X-Ray system is a good example of this balancing act. All MRTI shops include the Fluoroscopic X-Ray system as standard equipment. However, we do not automatically x-ray every casing. Why? Because this would add unnecessary cost and turnaround time. Instead, we use the industry's most thorough preliminary inspection process — our Grazing Light Inspection — to accurately determine which casings require further inspection by the Fluoroscopic X-Ray system.

- Having this system also enables us to verify the dimensions and steel cord preparation of section and nail hole repairs, both prior and current.

- The system is capable of providing a photographic copy of its findings.





## MRTI Electronic Liner Inspection  3

INSPECTION

# Makes sure you get leak-free liners.

*Feature:* Electronic system for detecting inner liner penetrations.

*Advantage:* Pinpoints inner liner penetrations too small to spot by eye.

*Benefit:* Leak-free casings which better maintain optimal inflation pressure for longer life and lowered downtime.

## MRTI Electronic Liner Inspection 3

# MRTI Electronic Liner Inspection

- Can your eyes spot individual air and water molecules? Neither can ours! Which means that even inner liner defects too small to spot by eye can let air pressure out. That's why we use a sensitive electronic inspection system to pinpoint liner penetrations.

- This system works by exposing the casing to powerful electrical currents as it slowly rotates. Where the casing has been penetrated, a bright arc pinpoints the otherwise-invisible injury, and the technician marks the spot for repair.

- By reliably finding and repairing inner liner penetrations, we help reduce premature casing separations. The benefits to you?

    - Increased reliability

    - Lowered downtime

    - Lower cost-per-mile

- All MRTI shops require this equipment and procedure. Other retread shops do not require electronic liner inspection.





MICHELIN
A better way forward



## MRTi Casing Separation Detection 4

INSPECTION

## Spots trapped air separations.

*Feature:* A highly-advanced system that detects casing separations and grades casings accordingly.

*Advantage:* Eliminates the guesswork, human error, and inconsistencies associated with less-sophisticated systems.

*Benefit:* Helps to lower your tire-related downtime while maximizing your yield of dependable retreads.

## MRTi Casing Separation Detection  4

## MRTI Casing Separation Detection

- In the MRTI Casing Integrity Analyzer® (CIA®) chamber, laser beams photograph the inner contour of the casing.

- Then, the casing is photographed under vacuum, which causes any trapped air separations present to swell slightly, changing the contour. Differences between the first and second images represent separations.

- Casings that contain separations may be scrap, or suitable for restricted service, or fully sound, depending on the size and location of the separations. Accurately making these distinctions helps us lower both your downtime and your cost-per-mile.

- The ACE™ (Automatic Casing Evaluation™) proprietary software aids the operator in identifying trapped air separations and does not require the operator to view the screen during operation. All images are stored and print-ready to provide to the customer.

- Other retreaders use less-sophisticated technology that may not detect as many separations and is highly dependent on operator interpretation.





MICHELIN
A better way forward



## MRTI Undertread Control and Buffing 5

INSPECTION

### Creates a truly trustworthy foundation.

*Feature:* An automated, Computer-Controlled Radial Buffing System guided by a casing specification database and an Undertread Proximity Sensor.

*Advantage:* Consistently creates undertread of the optimal contour, depth, and buffed texture.

*Benefit:* Cooler-running retreads for longer tread and casing life.

Michelin® Retreads feature precise undertread depth for cooler running and higher reliability.

Conventional retreads can have excess undertread depth, raising operating temperatures and lowering reliability.

## MRTI Undertread Control and Buffing

# MRTI Undertread Control and Buffing

*Precise buffing is critical to retread performance because:*

- Correct undertread contour promotes long, even treadwear.
- Ideal undertread thickness is key to cool running for lower downtime and longer casing life.
- Proper buffed texture strengthens the tread-to-casing bond.

*Here's how our automated, Computer-Controlled Radial Buffing System creates the optimal undertread, casing after casing...*

1. The system's comprehensive database "knows" the undertread contours designed into virtually all of today's common casings.

2. Proximity sensor technology measures undertread depth in real time during buffing, which enables the buffer to precisely cut down to the ideal undertread depth with no need for pilot skives. Competitive, manual buffing systems rely on guesswork, templates, and require pilot skives.

3. Unlike most other buffers, our system cuts perpendicular to tire rotation, producing an ideal, crepe-like buffed texture every time and reducing the chance that air will be trapped between casing and tread.





MICHELIN
*A better way forward*