Case 0:08-cv-61825-JIC   Document 130-3   Entered on FLSD Docket 09/03/2009   Page 1 of 8



## MRTI Cushion Extrusion 6

**MANUFACTURING**

## Gives you bonds that will endure.

*Feature:* A system that extrudes hot cushion gum onto the casing to promote a strong tread-to-casing bond.

*Advantage:* Automatically fills skives and buzzouts while depositing an ideal bonding layer.

*Benefit:* Raises retread reliability by eliminating unfilled skives and buzzouts due to operator error.

# MRTI Cushion Extrusion   6

## MRTI Cushion Extrusion

- To give you bonds that will endure, our MRTI Cushion To Casing™ System extrudes hot cushion gum onto the casing. This flexible, flowing bonding rubber fills skives and buzzouts while providing an ideal adhesive layer.

- Most competitive retreads use a cold, non-pliable layer of cushion gum that makes it necessary to manually pre-fill skives and buzzouts. Missed spots can lead to separations in the finished retread.

- MRTI's Cushion To Casing System reduces the chance for errors, and raises retread reliability.





MICHELIN
A better way forward



## MRTI Pre-Mold™ & Custom Mold™ Treads 7

## MRTI Pre-Mold™ and Custom Mold™ Treads

- Michelin® Treads are built using genuine Michelin new-tire tread rubber compounds and proprietary, road-proven Michelin new-tire tread patterns.

- These tread rubber compounds and tread designs draw upon over a century of research, innovation, and industry leadership in heavy truck tires, plus 60 years of worldwide experience in truck tire retreading.

- Michelin's status as the world's leading tire manufacturer both reflects and enables its extensive investment in advanced research and proprietary production facilities.

- These corporate strengths bring you down-to-earth benefits. For example, Michelin Retreads not only offer exceptional wear-per-32nd — they also feature an outright advantage in tread depth. It takes the unique properties of genuine Michelin tread rubber compounds to deliver compelling benefits like this.

- On quality casings of any brand, Michelin compounds and tread patterns produce outstanding retreads. On Michelin casings, they extend Michelin "No Compromise" performance throughout the full life-cycle of your tires.





MICHELIN
A better way forward



## MRTI Pre-Mold™ & Custom Mold™ Building 8

MANUFACTURING

### Lays the new tread with new levels of precision.

*Feature:* Computer controlled tread builders for our Pre-Mold™ and Custom-Mold™ processes.

*Advantage:* Built-in precision reduces tread-building variables.

*Benefit:* Maximized tire durability and smoothness, with like-new appearance.

## MRTI Pre-Mold™ & Custom Mold™ Building  8

## MRTI Pre-Mold™ and Custom Mold™ Tread Building

- In simplified terms, a key goal of tread building is to approach like-new dimensions, and then apply a new tread which mates with the casing just as the original tread did.

- The MRTI Pre-Mold™ Tread Builder automatically centers the tread on the casing, eliminating the variables associated with the joint seam found in conventional retreads.

- The MRTI Custom Mold™ Tread Builder precisely extrudes uncured Michelin® tread rubber compound, applying a precisely shaped and centered layer with the exact volume required to fill the mold. Special engineering enables our tread builder to handle Michelin new-tire tread compounds. Other mold-cure processes use softer, thinner-bodied tread compounds that are less demanding to extrude and apply, but do not match the performance of Michelin tread compounds where it matters most. On the road.

- Because Michelin retreads look and drive more like new tires than like ordinary retreads, they help you satisfy and retain discriminating drivers, and reassure your most demanding, time-sensitive customers. This is image enhancement that builds your bottom line.





MICHELIN
A better way forward



## MRTI Pre-Mold™ & Custom Mold™ Curing  9

**MANUFACTURING**

## Gets retreads ready for a long, new life.

*Feature:* Curing process that uses Michelin® technology and Michelin specifications for time, temperature, vacuum, and pressure.

*Advantage:* Raises curing uniformity and enhances full integration of all repairs.

*Benefit:* Maximized retread durability, dependability, and longevity to help lower your cost-per-mile.

## MRTI Pre-Mold™ & Custom Mold™ Curing  9

### MRTI Pre-Mold™ Curing

- Unlike most other retreads, which are vacuum enveloped from the outside only, Michelin® Pre-Mold™ Retreads are double vacuum enveloped.

- Double enveloping means that all surfaces of the retread — inside and out — are subjected to uniform pressure and temperature. This promotes uniform curing and complete integration of any repairs — from the crown to the bead.

### MRTI Custom Mold™ Curing

- The molds and presses used to cure Michelin® Custom Mold™ Retreads are technological first cousins of Michelin's new-tire systems, incorporating proprietary, Michelin new-tire tread patterns and new-tire precision.

- Exceedingly tight control of curing time and temperature yields exceptionally consistent, high-quality retreads. The curing protocols used minimize heat stress on the casing for maximum casing life and reliability.

- The finished Michelin® Custom Mold™ Retread — especially when built around a Michelin casing — is in both performance and appearance the closest rival yet to a new Michelin tire.





MICHELIN
A better way forward