IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

JEAN CLAUDE VALCIN

        Plaintiff,

vs.

TIRE CENTERS, LLC

        Defendant.

_____/

CASE NO.: 08-61825 CIV COHN
Magistrate Judge Seltzer

## PLAINTIFF, JEAN CLAUDE VALCIN'S EXHIBIT LIST

COMES NOW the Plaintiff, JEAN CLAUDE VALCIN, by and through his undersigned counsel and pursuant to the Trial Order of this Court, hereby files his Exhibit List as follows:

1. Any and all exhibits listed by the Defendant.
2. Any and all exhibits needed for impeachment or rebuttal purposes.
3. Any and all depositions taken in this case.
4. Any and all exhibits to any depositions in this case.
5. Any pleading.
6. Any and all documents provided in response to request for production.
7. Any and all answers/responses to request for admissions.
8. Any and all parties' answers to interrogatories and corresponding questions.
9. Any record that has been subpoenaed in this cause including the records from any doctor listed in any parties' witness and/or expert witness list.
10. The subject tire
11. Printouts of information contained on Tire Centers' website
12. Michelin Retread Technologies Process

TOPKIN & EGNER, P.L.
1166 W. NEWPORT CENTER DR. SUITE 309 • DEERFIELD BEACH, FL 33442
TELEPHONE (954)-422-8422 • FAX (954)-422-5455

13. MRTI Guidelines

14. Expert Report of David Osborne and all of its attachments, exhibits and references

15. Addendum to Expert Report of David Osborne and all of its attachments, exhibits, and references

16. Incident Checklist

17. Accident/Injury Report

18. Davie Fire Rescue Report

19. Tire Centers Monthly Quality Audits

20. MTR Quality Technical Assist Visits

21. Michelin MRT Quality Department Technical Assist Visits

22. Continental Brand Tires Application Guide

23. Continental Limited Warranty

24. Continental Tire Product Service Information Bulletin PSIB 06-02

25. February 9, 2007 letter from Andy Arroyo

26. Affidavits of David Osborne

27. Michelin Retread Initial Inspection Specification

28. Michelin Retread Technologies Initial Inspection Technical Bulletin

29. Michelin Truck Tire Operator's Manual and Limited Warranty

30. Joseph Grant's Report

31. 49 U.S.C.A. §30102

32. Michelin Services and Information Reject Reasons

33. Good Year Recommended Specification Guidelines

34. Good Year Premium Radial Truck Tire Limited Warranty

35. Good Year Commercial Light and Medium Radial Truck Tire Limited Warranty

36. Tag Detail Report (Tag # 0070678591)

37. Work Order #0001443815

38. Republic Services Tire Maintenance Process (RTMP)

39. Images of Cross Section views of the make-up of a tire

40. Images of the interior and exterior of tires

41. Images of different tread designs

42. Recycling 2000 Lubrication Guide ("Blueprint" of the subject truck)

43. Michelin Retread Technologies National Limited Warranty

44. Michelin XZA Wide Base Retread Overview

45. Michelin XZA Retread Overview

46. Medium Truck Load/Inflation Tables

47. Continental 2009 Commercial Vehicle Tires Data Guide

48. Reports and/or Records from:

   Michelin North America, Inc.

   Continental Tire North America, Inc.

   All Service Refuse

   Tommy Rodgers

   Andy Arroyo, c/o Tire Centers

   Corporate Representative of Tire Centers, LLC

   Tabitha Smith, c/o Tire Centers, LLC

   Russell Hayes, c/o Tire Centers, LLC

TOPKIN & EGNER, P.L.
1166 W. NEWPORT CENTER DR. SUITE 309 • DEERFIELD BEACH, FL 33442
TELEPHONE (954)-422-8422 • FAX (954)-422-5455

Jeff Halterman, c/o Michelin
1 Parkway S.
Greenville, S.C. 29615

Robert Clark, c/o All Service Refuse
110 S.E. 6th Street
28th Floor
Fort Lauderdale, Florida 33301

Ronald Gaunt, c/o All Service Refuse
110 S.E. 6th Street
28th Floor
Fort Lauderdale, Florida 33301

Joseph Grant, Expert for Defendant

Person or persons with the most knowledge from All Service Refuse
All Service Refuse
110 S.E. 6th Street, 28th Floor
Fort Lauderdale, Florida 33301

Dr. Wayne Lee, Medical Director, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Scott Richards, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Richard Hopwood, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Laurie Madigan, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Romney Benham, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Jeffery Junker, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Fernando Romero, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Jose Rivero, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

Grace Vicino, Davie Fire Rescue Department
6901 Orange Drive
Davie, Florida 33314

David Osborne, MRSC
9 Meadowsweet Drive
Calne, Wiltshire, SN11 0UH, United Kingdom

Dr. Brian Cross
c/o Michael A. Abrahams, M.D.
4101 N.W. 4th St.-#305
Plantation, FL 33317

Brian Cross, M.D.
1625 S.E. 3rd Ave., #635
Plantation, Florida 33316

Dr. Lance Lehmann
3990 Sheridan St.-#104
Hollywood, FL 33021

John McKay, PH.D, Voc Rehab
219A Delta Court
Tallahassee, Florida 32303

Broward General Medical Center
1600 S. Andrews Avenue
Fort Lauderdale, FL 33316

Alan Routman, MD
5601 N. Dixie Highway, #210
Fort Lauderdale, Florida

Luis Alvarez, MPT
Select Physical Therapy Center of Plantation, Florida
600 S. Pine Island Road, Suite 200
Plantation, Florida 33324

Lewis Eastlick, M.D.
4100 N.W. 3rd Court, #200
Plantation, Florida 33316

Allstate Insurance
Florida East PIP Central Office
14050 NW 14th Street, #180
Sunrise, FL 33323

CCMSI
PIP Claims
2600 Lake Lucien Drive, Suite 225
Maitland, FL 32751

Liberty Mutual
P.O. Box 100058
Duluth, GA 30096

Deerbrook NorthEast MCO
4 Sheraton Drive
Altoona, PA 16601

Hanger Prosthetics and Orthotics, Inc.
621 North University Drive
Tamarac, Florida 33321

Cora Rehabilitation Clinics
4988 North University Drive
Lauderdale, Florida 33351

Dr. Nile Lestrange, MD
1600 S. Federal Highway, 10th Floor
Pompano Beach, Florida 33062

Discocare, Inc.
1145 Banks Road
Margate, Florida 33063

Dr. Henry M. Spira, M.D., Neurology
8251 W. Broward Blvd., Suite 507
Plantation, Florida 33324

Cathy McVay, CDMS
1340 US Highway 1, Suite 102
Jupiter, FL 33469

Phoenix Emergency Physicians
1501 NW 49th Street, Suite 140
Fort Lauderdale, FL 33309

Anesco
3601 West Commercial Blvd, Suite 4 & 5
Forth Lauderdale, FL 33309

BGMC Pathology
1600 South Andrews Avenue
Fort Lauderdale, Florida 33316

Sunrise Medical Group
Central Medical Plaza
9750 NW 33rd Street, Suite 107
Coral Springs, FL  33065
And
4925 Sheridan Street, Suite 200
Hollywood, FL 33021

Dr. Michael Propper
301 W. Atlantic Avenue
Orthopedic Pain Management, Suite 05
Delray Beach, FL 33444

Oakland Park MRI
1799 W Oakland Park Blvd
Oakland Park, FL 33311

Orthopedic Center of South Florida
600 South Pine Island Road, Ste 300
Plantation, FL 33324

Orthopaedic Associates U.S.A.
350 Pine Island Road, Suite 200
Plantation, Florida 33324

Dr. Jane Bistline, MD
2047 Palm Bch Lakes Blvd, Suite 300
West Palm Beach, FL 33409

49. IME reports.

50. Any photographs taken in this case.

51. Any photographs, graphs, charts, or other documentary evidence of the subject tire and

truck.

52. Any and all testing reports, photographs, documents, diagrams, imaging reports/photos, or the like from expert David Osborne.

53. Photographs of the subject tire.

54. Photographs of the subject Truck.

55. Photographs of the scene of the subject incident

56. Photographs of All Service Refuse's premises

57. Photographs of the racks replacement tires are stored on

58. Tire Centers, LLC's photographs

59. All Service Refuse photographs

60. All Service Vehicle Inspection

61. All Service Tire Inspection

62. CIA Inspection – Automatic Casing Evaluation dated 1/24/07

63. Tire X-Rays dated 1/24/07

64. Work Order/Estimate Form

65. Delivery Receipt form

66. Tire Centers Invoices – Tag Detail Report, Tag No. 0070678591, Retread and Repair Order for Subject Tire

67. Delivery Receipt – Invoice No. 7261011 – Dated 1/5/07 to All Service

68. Invoice No. 4680040918 to All Service Refuse on 1/8/07 for retread

69. Invoice No. 4680040935 To All Service Refuse on 1/8/07

70. Michelin Invoice to Tire Centers dated 1/5/07 – Order No. C01841884

71. Michelin Pre-Mold Retreads Booklet

72. Tire Centers Rules of the Road Brochure – Revised December 2006

73. Michelin Truck Tire Data Book – January 2008

74. Michelin Retread Technologies Quick Reference Tread Guide – January 2008

75. Michelin Initial Inspection Technician's Manual

76. Photographs of the Plaintiff's injuries

77. Photographs of the Plaintiff before the accident

78. Photographs of the Plaintiff after the accident

79. All documents, photographs, records, reports and the like from tire experts hired

80. All materials relied on by any experts and/or healthcare providers in formulating their opinions in this matter.

81. All documents referenced or identified in any deposition in this matter.

82. The Plaintiff reserves the right to amend this exhibit list as discovery so dictates

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was submitted electronically to the United States District Court, Southern District of Florida, Miami Division, this **2nd** day of November, 2009.

TOPKIN & EGNER, P.L.
Attorney for Plaintiff
1166 W. Newport Center Dr.
Deerfield Beach, FL 33442
Phone (954) 422-8422
Fax:   (954) 422-5455
stopkin@topkinegnerlaw.com

BY: /s/ Sanford R. Topkin
    SANFORD R. TOPKIN, ESQ.
    FBN: 948070