# STEEL CORD SKIM COMPOUNDS: THE ACHIEVEMENT AND MAINTENANCE OF MAXIMUM ADHESION*

R. C. Ayerst† and E. R. Rodger‡

Monsanto Chemicals Limited, Ruabon Works, Cefn Mawr,
Wrexham, Denbighshire, U. K.

## INTRODUCTION

The use of brassed steel cord as a tire reinforcement material is increasing worldwide, especially in radial ply constructions for passenger, truck, and giant tires. The inherent differences between steel and other cord materials in use poses many new problems in testing and compounding in order to obtain adequate rubber to metal adhesion.

The first requirement for meaningful compound assessment and development is a test method which is reproducible, simple in operation, and ideally correlates with tire experience.

This paper describes a static pull out method and uses the results generated to develop systems which give high adhesion and coverage both initially and after factory processing, overcure, and oxidative aging.

## EXPERIMENTAL

Many static pullout adhesion tests in current use are versions of the H-test and involve the use of a holding grip (stirrup). Non-uniform stresses along the cord are introduced by the stirrup[1-3] and failure does not necessarily occur at the rubber–metal interface. The pullout force measured is highly dependent on the physical characteristics of the vulcanizate, in particular modulus, and renders the assessment of adhesion in vulcanizates with differing moduli difficult.

Eccher and Cannivari[1] developed a cylindrical test piece with an axial cord, ensuring even stress distribution along the cord, concentrated at the rubber–metal interface. The preparation and testing of samples does, however, involve considerable time and effort.

The test method adopted here is based on ASTM D-2229 but avoids the use of a stirrup and its consequent problems. The sample building and testing techniques adopted meet the desired objectives of simple operation, uniform stress distribution, modulus independence, high degree of reproducibility, and high discrimination between compounds.

The method is similar in principle to that recently proposed by Hicks and coworkers[2] and Coates and Lauer[3].

* Presented at a meeting of the Division of Rubber Chemistry, American Chemical Society, Boston, Massachusetts, April 25–28, 1972.
† Present address: Firestone Europa Sp.A, viale del Campo Boariell, 00153 Rome, Italy.
‡ Present address: Monsanto Company, 260 Springside Drive, Akron, Ohio 44313.



Fig. 1.—Cord stress jig.

## SAMPLE PREPARATION

Adhesion blocks were prepared in a similar manner to that specified in ASTM D-2229 but with two major alterations—1. Clamping plates are used to hold the cords in the mold to maintain alignment during cure. 2. A jig or "harp" is used to preload and uniformly stress the cord before mold building (Figure 1).

The usual precautions of cleanliness are observed with the cord (handling only with rubber gloves and storage in a dried atmosphere). The normal mold building sequence followed is 1. Load cord onto harp and pretension. 2. Load one sheet of freshly milled stock (8.5 $\times$ 1 $\times$ 0.3 in.) onto lower half of the preheated mold. 3. Place loaded harp over mold. 4. Fasten clamping plates. 5. Load second sheet of freshly milled stock and place cover plate. 6. Release harp tension and remove. 7. Cure.

After curing, test blocks are stored for 16 h, flashing trimmed off, and wires cut flush to the block on alternate sides.

## TESTING

Pullout adhesion is measured on the tensile tester by holding the two upper wires and pulling out the lower wire between them (Figure 2), with a crosshead speed of 2 in./min.

The pullout force recorded is the mean of the values for the five center wires; numbers one and seven at each end of the block are not taken into account to eliminate possible end effects. The normal range of bond strength values obtained is given in Figure 3.

Rubber coverage on the pulled out wire is assessed on the scale 0 (bare wire) to 10 (100 per cent coverage) by comparison with standard samples (Figure 4). High coverage values indicate failure in the rubber phase rather than at the rubber metal interface and can indicate poor rubber physical properties unless accompanied by high adhesion. Tests which have a non-uniform stress distribution or do not concentrate stress at the rubber metal interface will tend to give failure in the rubber with high coverage values.



Fig. 2.—Cord arrangement during pullout test.

## TEST BENEFITS

*Reproducibility.*—Typical results for three blocks of the same stock (100 NR, 50 HAF) cured under the same conditions are given in Table I. The overall coefficient of variation was ±3 per cent and confidence limits of ±5 per cent have been set for an individual block.

*Stress uniformity.*—The continuous stress-strain curve obtained on pullout indicates instantaneous, rather than progressive failure along the wire. Further proof of uniform stress distribution was obtained by measuring adhesion on blocks where different lengths of wire were embedded (0.5 to 1.0 in.). A linear relationship was obtained between pullout value and embedded length, with the line passing through the origin. Adhesion values generated by the ASTM method have been shown[2] to deviate from the linear relationship with embedded engths greater than 0.5 in.



Fig. 3.—Bond strength adhesion.



Fig. 4.—Coverage rating scale of rubber on wire cord.

*List of ingredients.*—The full chemical names for the abbreviated forms given in the text are

*Accelerators*

| | |
|---|---|
| MBT | 2-Mercaptobenzothiazole |
| MBTS | Di-2-benzothiazolyl disulfide |
| CBS | N-Cyclohexyl-2-benzothiazole sulfenamide |
| TBBS | N-t-Butyl-2-benzothiazole sulfenamide |
| MBS | 2-(Morpholinothio) benzothiazole |
| DCBS | N,N'-Dicyclohexyl-2-benzothiazole sulfenamide |

*Sulfur Donor*

| | |
|---|---|
| DTDM | N,N'-Dimorpholinodisulfide |

*Antidegradants*

| | |
|---|---|
| PBN | N-phenyl-2-naphthylamine |
| 13 ppd | N(1,3-dimethylbutyl)-N'-phenyl-$p$-phenylenediamine |
| 77 ppd | N,N'-Di-1,4-dimethylpentyl-$p$-phenylenediamine |
| p.DHQ | Polymerized-2,2,4-trimethyl-1,2-dihydroquinoline |
| MBI | 2-Mercaptobenzimidazole |

TABLE I

TEST METHOD REPRODUCIBILITY

| | Block 1 | Block 2 | Block 3 |
|---|---|---|---|
| Individual adhesion values, lb/in. | 212 | 225 | 204 |
| | 208 | 210 | 206 |
| | 225 | 216 | 220 |
| | 216 | 226 | 214 |
| | 208 | 228 | 212 |
| Mean, lb/in. | 214 | 221 | 211 |
| Standard deviation, ±lb | 5.6 | 6.7 | 5.6 |
| Coefficient of variance, % | 2.6 | 3.0 | 2.6 |

TABLE II

MODULUS INDEPENDENCE—100 NR

| HAF, phr | | Curatives, phr | |
|---|---|---|---|
| | | MBS, 0.7<br>Sulfur, 3.0 | MBS, 0.6<br>DTDM, 0.6<br>Sulfur, 1.5 |
| 50 | Adhesion, lb/in. | 209 | 238 |
| | 300% Modulus, psi | 2575 | 2460 |
| 55 | Adhesion, lb/in. | 198 | 235 |
| | 300% Modulus, psi | 2920 | 2790 |
| 60 | Adhesion, lb/in. | 199 | 227 |
| | 300% Modulus, psi | 3190 | 3100 |
| 65 | Adhesion, lb/in. | 214 | 234 |
| | 300% Modulus, psi | 3320 | 3245 |

*Retarders*

| | |
|---|---|
| NDPA | N-Nitroso-diphenylamine |
| PVI | N-Cyclohexylthiophthalimide |

*Modulus independence.*—The elimination of modulus effects is particularly important in assessing adhesion for tire breaker compounds which operate under equal strain conditions.

Modulus independence is demonstrated in Table II for a 100 NR compound where HAF black loading is increased from 50 to 65 phr for two curative systems MBS and DTDM.

### FORMULATION AND CURE

The basic formulation used for the evaluation of the test method and of the factors influencing adhesion (with the exception of polymer blends) was—

| | *Parts by wt* |
|---|---|
| RSS1 | 100 |
| HAF black (N330) | 50 or 65 |
| Aromatic oil | 3 |
| Stearic acid | 1 |
| Zinc oxide | 5 |

Except where specified, the antioxidant used was 0.5 phr of p.DHQ. Compound hardnesses with 50 phr of black were about 65 IRHD and with 65 phr about 75 IRHD.

All compounds were cured to optimum (T90 per cent) from the Rheometer at 287° F (141° C) unless stated otherwise. Cure times were not adjusted to allow for the slower temperature equilibration of a $\frac{1}{2}$ in thick block compared with normal tensile sheets, since the steel cord rapidly conducted heat to the center of the block.

The relationship between state of cure measured by the Rheometer and adhesion measured after varying cure times at 287° F (141° C) is shown in Figure 5. Optimum adhesion is reached before T90 per cent and starts to fall shortly after T90 per cent for 100 NR cured with 2.5 phr sulfur, 0.7 phr MBS in the basic formulation with 50 phr black.

The brassed cord used was a standard commercial grade $(1 \times 3 + 5 \times 7 + 1) \times 0.0059$ in. with a brass coating of 70/30 copper/zinc ratio.



Fig. 5.—Relationship between state of cure and adhesion.

## RESULTS AND DISCUSSION

### ACHIEVEMENT OF MAXIMUM ADHESION

The formation of a bond between rubber and the brass coating of the steel cord is believed to be due to sulfur linkages between the vulcanizate and copper in the coating[4]. The reactions of vulcanization and copper must therefore compete for available sulfur. Variations in compounding ingredients, especially sulfur and accelerator can directly or indirectly affect rates of reaction and availability of sulfur and thus influence adhesion.

The modified block test has been used to define types and levels of ingredients which could give the highest possible adhesion, consistent with other functional properties, processing, and curing requirements.

The results reported here exclude the effects of commonly used bonding additives such as cobalt naphthenate and the SRH system. However, these systems may be used where necessary in addition to the systems described, to provide further increases in adhesion. Of the two, the SRH system has been found to give the most consistent improvements coupled with the minimum effect on other functional properties[5].

*Curing system.*—Accelerator type and loading has a major influence on adhesion and coverage. The results in Table III give comparative values for a

TABLE III

ACCELERATORS—COMPARATIVE BOND STRENGTHS

|  | MBT | MBTS | CBS | TBBS | MBS | DCBS |
|---|---|---|---|---|---|---|
| Accelerator, phr | 1.0 | 1.0 | 0.6 | 0.6 | 0.6 | 0.6 |
| Sulfur, phr | 4.0 | 4.0 | 2.5 | 2.5 | 2.5 | 2.5 |
| Bond strength index |  |  |  |  |  |  |
| Optimum cure | 74 | 80 | 104 | 95 | 104 | 91 |
| Plateau cure | 57 | 48 | 100 | 78 | 100 | 89 |

STEEL CORD ADHESION 1503



Fig. 6.—Relationship between sulfur/accelerator level and adhesion.

range of thiazoles and sulfenamides at optimum and plateau cure and equal modulus (MBS value at plateau = 100). The dithiocarbamates and thiurams were not included in this overall comparison because of their well-known deleterious effect on adhesion.

The sulfenamides gave significantly higher adhesion than the thiazoles with MBS and CBS the highest overall. Adhesion with the sulfenamides was relatively insensitive to increased cure time (except for TBBS) but decreased with the thiazoles.

Tire testing on rigs and in service has confirmed the performance advantages of replacing TBBS by MBS. Tire life in a rig test designed to give breaker-edge separation was increased by 100 per cent for a steel-breakered truck tire where MBS was used in the skim stock.

*Variations in sulfur/accelerator loading.* Adhesion values were measured for the accelerators giving the highest adhesion (CBS and MBS) in greater detail over a range of sulfur accelerator loadings (Figure 6).

Both accelerators show plateaux for maximum adhesion at accelerator loadings from 0.5 to 1.0 phr and sulfur loadings greater than 2.0 phr. With high accelerator to sulfur ratios adhesion fell with both accelerators, but most rapidly with CBS. It is obvious that once the plateau maxima of adhesion has been reached there is no further advantage in increasing sulfur level. Levels of sulfur have, in many cases, been recommended as high as 6 or 8 phr but this can lead to additional problems of bloom, poor aging of the vulcanizate, and interply separation.

*Influence of cure rate.* Rate of cure of the accelerator systems used has a strong influence on adhesion, as shown in Figure 7 for CBS/sulfur systems. Contour lines have been drawn through points of equal adhesion as a function of reaction rate ($k_2$, $min^{-1}$) calculated from Rheometer cure curves at 287° F (141° C) and Mooney scorch at 250° F (121° C). The position of a 2.5 phr Sulfur/0.6 phr CBS system is marked on the contour as a reference point.

A plateau for maximum adhesion is obtained for cure rates between 0.2–0.4 $min^{-1}$ and scorch values of 15 to 30 min. The evaluation of adhesion on a kinetic basis shows greater discrimination than the contour plot based on accelerator/sulfur level (Figure 6) and defines an additional contour at 230 lb/in. Similar plateaux were obtained for the other sulfenamides. Selection of

1504           RUBBER CHEMISTRY AND TECHNOLOGY



Fig. 7.—Relationship between cure rate and adhesion.

the cure rate and processing safety best suited to factory conditions is therefore possible while still maintaining high adhesion.

The generally held view that very slow cure rates are essential for maximum adhesion, is not strictly correct; in fact, the slowest rates of cure reduce adhesion values. There was, however, a much greater reduction with the fastest curing systems (based on high accelerator/low sulfur).

*Carbon black.*—In a limited evaluation, the influence of carbon black type on adhesion showed that relative to changes in acceleration system, the effect of black type was minor. Results are given in Table IV for a limited range of currently used types at 65 phr.

Adhesion in N330 with all three sulfenamides is equal to or better than that in S300, which has been recommended for high adhesion. Overall, highest adhesion was obtained with MBS in N330 and this is the combination used in this paper.

*Antidegradants.*—Skim stocks normally contain antidegradant either by direct addition or by migration from adjacent stocks during cure and service and it is essential that their presence does not reduce initial adhesion. The presence of metal de-activating antidegradants is necessary, however, as traces of copper from the brass plating can catalyze oxidation of the vulcanizate in service.

TABLE IV

INFLUENCE OF CARBON BLACK TYPE ON ADHESION

| Sulfenamide | Black type | | |
|---|---|---|---|
| | S-300 (EPC) | N330 (HAF) | S315 (HAF-LS-SC) |
| | Adhesion, lb/in. | | |
| CBS | 172 | 194 | 199 |
| TBBS | 182 | 183 | 188 |
| MBS | 177 | 230 | 189 |

TABLE V

INFLUENCE OF ANTIDEGRADANTS ON ADHESION

|  | Control | PBN | | 13 ppd | | 77 ppd | | p.DHQ | | MBI | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Antidegradant, phr | — | 1.0 | 2.0 | 1.0 | 2.0 | 1.0 | 2.0 | 0.5 | 1.0 | 0.1 | 1.0 |
| Adhesion, lb/in. | 218 | 225 | 220 | 215 | 204 | 213 | 158 | 220 | 213 | 111 | 50 |
| Coverage rating[a] | 8 | 8 | 7 | 8 | 6 | 7 | 4 | 8 | 8 | 1 | 0 |

[a] See Figure 4.

The influence on unaged adhesion of a range of antidegradants is shown in Table V in the standard 100 NR/50 HAF formulation cured with 0.6 phr MBS/2.5 phr sulfur.

The antidegradants examined had little influence on initial adhesion, except for 77 ppd at 2.0 phr and MBI at 0.1 and 1.0 phr. The reductions in adhesion caused by 77 ppd and MBI may be associated with their high metal deactivating ability. 13 ppd and p.DHQ also have metal inhibiting activity but do not affect adhesion.

*Polymer blends.*—The use of high proportions of NR in carcass and skim stocks for textile and wire breakered tires is widespread, especially for truck and earth movers where the treads contain high levels of NR. Blends of NR with BR or SBR are used in the skim and carcass compounds for textile reinforced tires, for reasons of lower cost, improved aging and wear, and better compatibility. The influence of such blends on rubber metal adhesion has been examined.

In the basic formulations, 25 and 50 parts of BR 1220 and SBR 1500 were introduced and curative levels adjusted by increasing accelerator and reducing sulfur (Table VI).

*NR/BR blends.* Adhesion in a CBS cured stock showed practically no change on the replacement of NR by BR (Figure 8). Acceleration with MBS, however, gave better adhesion than with CBS. Tear Strength fell with increasing BR but there was no direct relationship with adhesion.

*NR/SBR blends.* Replacing NR by SBR (Fig. 9) substantially reduced adhesion in the CBS cured stock. Adhesion in the MBS system also fell with the replacement of 25 parts but increased to the original value for 100 NR in the 50/50 blend. Tear strength fell more rapidly than with BR introduction but there was again no simple relationship with adhesion.

MAINTENANCE OF MAXIMUM ADHESION

For maximum tire performance it is essential not only to achieve adequate initial levels of adhesion and coverage but also to maintain these levels during processing, curing, and service.

*Factory processing.*—In the factory skim stocks are subjected to milling and calendering processes which are known to affect physical properties and

TABLE VI

CURATIVE LOADINGS—NR/BR AND NR/SBR

|  | 100 NR | 75/25 NR/Synthetic | 50/50 NR/Synthetic |
|---|---|---|---|
| Sulfur, phr | 3.0 | 2.8 | 2.6 |
| Sulfenamide, phr | 0.7 | 0.9 | 1.1 |



Fig. 8.—Influence of polymer blends on adhesion-NR/BR, 65 HAF.

processing safety. Increases in adhesion have been observed under factory conditions, where the work put into compounds prior to cure has been reduced by the installation of new calendering equipment. The effect of factory processing was simulated in the laboratory by milling at a high temperature, 285° F (125° C), on an open mill and comparing the adhesion of unmilled and milled compounds (Figure 10).

Adhesion and coverage fell rapidly with increased work input for the MBS cured control. This effect is typical of that observed with other sulfenamide accelerators.

The decrease in adhesion produced by extended work input can be reduced by the addition of retarders as shown for NDPA at 1.0 phr. The conventional retarder is not nearly as effective as PVI at 20 per cent of the loading (0.2 phr) where the loss in adhesion is completely suppressed. Neither NDPA nor PVI have any significant influence on initial adhesion.

The trend to replace channel blacks by furnace blacks gives increased skim stock processing temperatures due to greater heat build up and highlights the need for the addition of PVI to overcome the influence of heat input on adhesion.



Fig. 9.—Influence of polymer blends on adhesion-NR/SBR, 65 HAF.



Fig. 10.—Influence of processing on adhesion.

*Overcure.*—The influence of overcuring, or non-oxidative aging, on adhesion is of importance whether caused by actual overcure in the press or on retreading and is of most relevance for large section tires.

The effect on adhesion of extending cure to twice plateau from the Rheometer at 287° F (141° C) is shown in Figure 11 for MBS cured NR, NR/BR, and NR/SBR. Extending cure in 100 NR reduces adhesion by 15 per cent but increases adhesion in the NR/BR blends. Values for the NR/SBR blends were lower and particularly low for the 50/50 blend.

The addition of BR has little influence on initial adhesion but is apparently beneficial where skim stocks are subject to overcure. This indicates that longer



Fig. 11.—Influence of overcure on adhesion, MBS/S/65 HAF.

1508  RUBBER CHEMISTRY AND TECHNOLOGY



FIG. 12.—Influence of oxidative aging and temperature on adhesion. 100 NR/MBS/65 HAF.

cure times than optimum should be aimed for in the carcass with NR/BR skim stocks to obtain higher adhesion than is possible with 100 NR.

*Aging.*—Considerable diffusion of air occurs from within the tire into the cord structure in both passenger and truck tires[6]. Direct oxidative aging in circulating air ovens has therefore been adopted to simulate the influence of service conditions.

*Effect of temperature.* Adhesion falls steadily with increasing severity of conditions (Figure 12). The aging conditions adopted for standard testing involved storage at 90° C as being more representative of temperatures generated in tires in service and for completion of testing in a reasonable time. Coverage frequently improves as adhesion falls and is due to failure occurring in the rubber phase, as rubber vulcanizate properties deteriorate faster than adhesion at the rubber–metal interface. This emphasizes the need to protect the rubber phase adequately as well as compounding for adhesion.

The influence of varying accelerator/sulfur level after aging for five days at 194° F (90° C) is shown in Figure 13. The confines of the plateau maximum are restricted compared with unaged values and the sulfur level required for a



FIG. 13.—Influence of sulfur/MBS levels on aged adhesion.

STEEL CORD ADHESION                                                  1509

TABLE VII

IMPROVED AGING RESISTANCE WITH DTDM

| | | |
|---|---|---|
| Sulfur, phr | 3.0 | 1.5 |
| MBS, phr | 0.7 | 0.6 |
| DTDM, phr | — | 0.6 |
| 300% Modulus, psi | 2600 | 2550 |
| Adhesion, lb./in. | | |
|   Unaged | 224 | 226 |
|   After 10 days at 194° F (90° C) | 168 | 208 |
|   After 3 times optimum cure at 287° F (141° C) | 190 | 202 |

combination of maximum aged and unaged adhesion increased from 2.0 to 2.5 phr, while MBS level remains constant. The beneficial effect of high sulfur levels on adhesion after aging is in contrast to the situation for normal vulcanizate properties where high sulfur levels lead to poor retention of vulcanizate physical properties after aging. A level of 3.0 phr sulfur gives high unaged and aged adhesion without seriously reducing normal vulcanizate properties and reduces the risk of blooming.

*Improving aging resistance.* Aging resistance of rubber vulcanizates is usually improved by the addition of antidegradants or by reducing sulfur level and increasing accelerator (semi-EV systems). However, reducing sulfur and increasing accelerator loading considerably reduced unaged adhesion (Figure 6) and an alternative route using a sulfur donor (DTDM) was evaluated (Table VII) in the basic 100 NR, 50 HAF compound.

The low sulfur/DTDM/MBS (Semi-EV) system gave equal unaged adhesion to the high sulfur/MBS system with higher adhesion after aging and overcure.

The Semi-EV systems based on high accelerator and DTDM are compared in greater detail over a range of aging periods in Figure 14. The high accelerator/low sulfur system gives much lower unaged adhesion compared with the high sulfur/MBS or low sulfur/DTDM systems. The DTDM system showed the highest retention of adhesion over the whole range of aging periods.

The influence of antidegradants on aged adhesion is shown in Figure 15 for the 100 NR/50 HAF compound.



FIG. 14.—Improved aging-semi-EV systems.

1510          RUBBER CHEMISTRY AND TECHNOLOGY



Fig. 15.—Improved aging-antidegradants.

Adhesion for the system protected with 1.0 phr PBN fell, after aging, to 138 lb/in. Replacing 1.0 phr PBN by 13 ppd/p.DHQ does not affect unaged adhesion and considerably improved the aged value. The combined benefits of using 1.0 phr 13 ppd with 0.5 phr p.DHQ in the DTDM system is shown in the final histogram.

*Improving aging in polymer blends.* Low sulfur/DTDM systems will also improve aging resistance in polymer blends, as shown in Figure 16 for MBS and DTDM cured NR/BR and in Figure 17 for NR/SBR.

### RECOMMENDATIONS

Curing system and polymer were identified as the critical factors with the greatest influence on adhesion of rubber to brassed steel cord. The following general recommendation is given to ensure the achievement of high initial adhesion.

*Achievement.*—Curing System     0.7 phr MBS 3.0 phr Sulfur
              Polymer                100 NR
              Antidegradant         0.5 phr p.DHQ



Fig. 16.—Oxidative aging-NR/BR/65 HAF.

STEEL CORD ADHESION 1511



Fig. 17.—Oxidative aging-NR/SBR/65 HAF.

Up to 50 per cent of NR can be replaced by BR without affecting initial adhesion.

The maintenance of maximum adhesion during processing, overcure and in service can be ensured by the following recommendations.

*Maintenance.*—Curing System  0.6 phr MBS, 0.6 phr DTDM, 1.5 phr Sulfur
Polymer  100 NR
Antidegradant  1.0 phr 13 ppd/0.5 phr p.DHQ

Replacement of up to 50 per cent of NR by BR gave improved resistance to overcuring.

Where factory processing affects subsequent adhesion, the addition of PVI is recommended.

## SUMMARY

The adhesion of rubber to brassed steel cord has been assessed by a static pull out test which avoids many of the problems associated with current H tests. The test is simple in operation and with a uniform stress distribution gives results which are independent of modulus, with a high degree of reproducibility.

The effect of a range of compounding variables on adhesion has been examined. Curing systems and polymer type were identified as having the greatest influence. High unaged adhesion was achieved with a curing system based on 2-(Morpholinothio)benzothiazole in 100 NR or NR/BR blends.

Factory processing can reduce adhesion in the final vulcanizate and the addition of N-cyclohexylthiophthalimide will prevent this.

Overcure and oxidative aging also reduce adhesion. Systems based on low sulfur levels with 2(Morpholinothio)benzothiazole and N,N-dithiodimorpholine confer high resistance in NR and NR/BR blends.

The antidegradant combination of N(1,3-dimethylbutyl)-N'-phenyl-*p*-phenylenediamine and polymerized 2,2,4-trimethyl-1-2-dihydroquinoline gave further improvements in oxidative aging resistance without reducing unaged adhesion.

## REFERENCES

[1] S. Eccher and C. Cannevari, Deutsche Kautschuk-Gesellschaft Meeting, West Berlin, Germany (1968).
[2] A. E. Hicks, V. E. Chirico, and J. D. Ulmer, Rubber Chem. Technol. 45, 26 (1972).
[3] L. C. Coates and C. Lauer, ibid. 45, 16 (1972).
[4] A. Maesseele and E. Debruyne, Rubber Chem. Technol. 42, 613 (1969).
[5] Monsanto Technical Bulletin IC/RC-26. "Adhesion in Steel Reinforced Tyres—Compounding for Maximum Performance".
[6] S. A. Banks, F. Brzenk, J. A. Rae, and C. S. Hwa, Rubber Chem. Technol. 38, 158 (1965).