# INFLATION PRESSURE LOSS IN TUBELESS TIRES— EFFECTS OF TIRE SIZE, SERVICE, AND CONSTRUCTION*

D. M. CODDINGTON

EXXON CHEMICAL CO., ELASTOMERS TECHNOLOGY DIVISION, P.O. BOX 45, LINDEN, NJ 07036

## INTRODUCTION

In the operation of pneumatic tires, particularly radials, the achievement of design performance in tread life, durability, and fuel economy requires that the tires be operated at or near design deflection. In normal-use load situations, this translates to operation at design inflation pressure. Rauch and von Schiessl[1] and Knill, Curtiss and Urbon[2] have reported that underinflation produces a significant loss in tread life; extreme overinflation is also deleterious. A number of studies have been conducted on the factors influencing tire rolling resistance and show that inflation pressure (IP) is significant[3–5]. These studies indicate that in the normal passenger car (PC) tire inflation range (220–165 kPa), a 40 kPa IP drop results in a 20% rolling resistance increase, which translates to a 3% increase in vehicle fuel consumption. It is generally recognized that underinflation is deterious to durability, particularly for steel belted radial tires.

Several studies have been reported on the occurrence of underinflation among tires in normal use[6–8]. The IITRI Chicago study found 50–70% of tires under inflated in a summer survey of 1000 cars, 27% by 28 kPa or more and 16% by 40 kPa or more[6]. In a winter survey, the occurrence of underinflated tires was roughly twice that found in the summer survey.

Findings from a Greater Washington survey[7] agree with the IITRI winter survey results. It is apparent that many tires in normal use are under-inflated. The question of what is significant underinflation from a performance standpoint is too complex to be defined here. Brenner and Harvey have described tires more than 28 kPa below design as "seriously underinflated"[8].

The objective of our work has been to study how inflation pressure loss from tires occurs, and how it is influenced by important tire construction and service parameters. Tires obviously lose inflation pressure when subjected to puncture or other mechanical leak problems, but these do not account for the significant extent of underinflation that surveys have found in the working tire population.

Our studies have investigated:

(1) Inflation pressure loss from sound, properly mounted tubeless passenger tires; by air permeation through the tire structure or along the bead-rim and valve-rim junctures.
(2) The effect of tire size.
(3) The effect of tire service conditions: ambient temperature and static versus dynamic service.
(4) The effect of tire construction, particularly that of the innerliner.

* Presented at a meeting of the Rubber Division, American Chemical Society, Atlanta, Georgia, March 28, 1979. J.

Case 0:08-cv-61825-JIC   Document 179-2   Entered on FLSD Docket 11/05/2009   Page 2 of 15

These studies have involved commercial production tires of varied size and make, pilot plant tires having only the innerliner varied, and the incorporation of an inner tube in the tire. The tires have been tested for air loss rate under controlled static and dynamic (indoor wheel test) conditions.

A model equation has been formulated to relate inflation pressure loss to fundamental tire component air diffusion, geometry, and service temperature parameters.

The permeation air loss path has been demonstrated and studied visually in a tire submersion test.

## EXPERIMENTAL

### STATIC INFLATION PRESSURE LOSS RATE TEST

The main test in this study was a static inflation loss versus time test at constant ambient temperature, in most cases 65°C ± 3°. This temperature provides a rapid response which correlates well with static tests run at lower temperatures (30°C) for much longer durations.

Each tire was mounted on a "new-condition" rim and fitted with a calibrated Bourdon tube gauge, to monitor pressure without measurement loss. Conventional rubber tubeless tire valves were found to be adequate and used in the bulk of the testing. Each valve, with the core removed, was fitted with the Bourdon tube gauge, through a "T" adaptor fitting with a side arm containing a valve core for inflation of the tire (Figure 1). Threaded joints were sealed with Teflon tape and all joints were thoroughly checked for leakage with Snoop® liquid leak detector. In an early stage of the testing, all gauges were given a submersion check after one was found to have a small leak in the Bourdon tube.

The tires were initially inflated to 220 kPa at room temperature and tested for IP loss without preconditioning or dynamic breakin. Replicate tires were run on several constructions, and reproducibility was found to be quite good. Periodic pressure readings were normalized to 65°C. Atmospheric pressure variation was found to be an insignificant factor. Generally, inflation loss rate was monitored down to a "hot" 165 kPa level. This pressure



FIG. 1.—Static inflation pressure test gauge setup.

has been described as a minimum servicable pressure below which rolling resistance rises rapidly. For comparison, the "time to drop to 165 kPa" was taken as the parameter of "inflation pressure retention" (IPR) capability.

### DYNAMIC INFLATION PRESSURE LOSS RATE TEST

To study inflation pressure loss under a reproducible dynamic condition, tires were run on an indoor wheel test rig, the ASM Tread Separation Tester. This machine has a 28.5 cm diameter smooth road wheel. The tire is driven with the road wheel loaded against it by a cantilever dead weight system.

For this test, new tires were inflated to 220 kPa at room temperature. Test load and speed conditions were selected to provide a long duration, a pressure gradient similar to the static 65° test, and a 65°C air cavity temperature. Actual test conditions were: speed, 64 km/h; load, 443 kg; running deflection, 20%.

Tires were run continuously for the 10-13 weeks of the tests, except for short periods about every 7 days for inflation pressure measurement. A calibrated hand gauge was used to measure inflation pressure. An ancillary study indicated that 20 carefully executed hand gauge measurements resulted in only 3 kPa pressure loss from a BR78-13 tire.

### TIRE IMMERSION—AIR LOSS PATH STUDY

Tires were studied for visual evidence of permeation air loss by submerging them in a water bath in a constant temperature room (Figure 2). The mounted and inflated tire was anchored down in a bath which was then filled with water to submerge the tire to a depth of 2–3 cm. Hot tap water was used to minimize dissolved air. Air bubbles trapped in the tread pattern and other crevices in the tire and rim contours were swept off with a long bristle bottle brush. The tire and the bath walls were swept thoroughly several times at 1–2 day intervals until no more extraneous air bubbles from the water formed on the bath walls, or on a cut section of tire submerged in the bath as a control. A transparent Mylar film was then laid on the water surface to trap any new air bubbles formed.

At this point, dissolved air in the bath water was in a delicate equilibrium so long as ambient temperature was maintained constant. Further



Fig. 2.—Tire submersion baths for study of tire air loss path.

bubble formation occurred only on the test tire and was attributed to air permeated through the tire. These bubbles grew and eventually detached from the tire to accumulate under the Mylar film in a projection pattern of where they escaped from the tire. Bubble patterns were recorded in photographs taken periodically.

## RESULTS AND DISCUSSION

### EFFECT OF TIRE SIZE AND CONSTRUCTION ON INFLATION PRESSURE (IP) LOSS RATE

This study involved commercial production radial passenger car (PC) tires of various makes, in sizes BR78-13, FR78-14 and HR78-15. In most cases, OE tire lines were tested. The tires were tested for inflation pressure loss rate versus time under static, constant 65° ± 3°C conditions, starting from a cold inflation pressure (at 23°C) of 220 kPa.

Figure 3 shows the response for a production OE tire (called Code A) tested in three sizes. Each tire rose sharply (about 40 kPa) in pressure on heating to the 65°C test temperature; the pressure then followed a shallow exponential decay with time. These tires exhibited an apparent size effect on inflation pressure retention, with the HR78-15 remaining above the 165 kPa level 27% longer than the BR78-13.

Table 1 presents an expanded study of static IPR responses for 9 production radial PC tires in the BR78-13 size, and additional HR78-15 *versus* BR78-13 comparisons. The added size-comparison pairs showed a consistent HR78-15 advantage in IPR of about 30% over the BR78-13's. An analysis of the contained volumes and air cavity surface areas of representative tires showed that as tire size is reduced, contained volume decreases 2.3 times faster than surface area. This explains the observed HR78-15 versus BR78-13 size effect in IPR, if air permeation through the tire structure is the primary air loss mode.

These data also showed significant variation of inflation retention among commercial production tires of a given size. The best was 95% better in IPR



FIG. 3.—Inflation pressure *versus* time; tire size effect. Static, 65°C conditions; starting inflation 220 kPa cold. Code A steel radials.

Case 0:08-cv-61825-JIC   Document 179-2   Entered on FLSD Docket 11/05/2009   Page 5 of 15

TABLE I

STATIC INFLATION PRESSURE LOSS TEST AT 65°C, EFFECTS
OF TIRE CONSTRUCTION AND SIZE[a]

| | | Time to 165 kPa at 65°C | | |
|---|---|---|---|---|
| | Tire code | Days (avg.) | % Relative | % Relative size effect |
| BR78-13 | I | 43, 46 (45) | 87 | |
| | A | 46, 51, 51, 56, (51) | 100 | 100 |
| | B | 57 | 112 | |
| | F | 58 | 114 | |
| | C | 60 | 118 | 100 |
| | H | 61 | 120 | |
| | D | 61, 62 (61) | 120 | 100 |
| | G | 73 | 143 | |
| | $C_1$ | 78, 82 (80) | 157 | |
| | E | 77, 87 (82) | 161 | 100 |
| | A TUBED | 72 | 141 | |
| FR78-14 | A | 58, 61 (60) | 100 | 117 |
| | J | 70 | 117 | |
| HR78-15 | A | 65, 65 | 100 | 127 |
| | D | 80 | 123 | 131 |
| | C | 77, 85 (81) | 125 | 135 |
| | E | 107 | 165 | 130 |

[a] Commercial production tires. Starting inflation: 220 kPa at 23°C.

than the poorest. Analysis of replicate test results yielded a pooled standard deviation of 5.3 days. In comparisons of tires tested in duplicate, IPR response differences greater than 8 days are significant at 95% confidence. For single tire IPR results, the 95% confidence limit is 11 days.

Some variation in air retention would be expected due to the compounding and geometry variations among different lines of tires in a given size, but the range of response observed in these tires was beyond such expectations and suggested that some dominating factor may be operative.

It is obvious that the innerliner in a tubeless tire, as the air barrier, should be a factor in inflation retention. Less obvious, however, is the magnitude of its IPR effect, considering its thin gauge relative to the rest of the tire structure.

TABLE II

STATIC INFLATION RETENTION OF PILOT PLANT HR78-15 TIRES

| Tire group | Innerliner air permeability coefficient[b] at 65°C | Inflation pressure retention[a] | | | | | |
|---|---|---|---|---|---|---|---|
| | | At 30°C | | | At 65°C | | |
| | | Days | (%) | kPa/mo. | Days | (%) | kPa/mo. |
| L | $20.0 \times 10^{-11}$ | 265 | (100) | −6.9 | 70 | (100) | −41.3 |
| M | $9.4 \times 10^{-11}$ | 360 | (136) | −4.6 | — | — | — |
| N | $3.2 \times 10^{-11}$ | 670 | (254) | −2.5 | 145 | (210) | −20.7 |

[a] Relative time for tire pressure drop from cold starting 220 to 165 kPa at test temperature; average of two tires tested.
[b] Cubic meters of air permeated (at STP) per mm thickness per m² area, per kPa pressure differential per second.

To study the innerliner effect, static IPR tests were run on a series of HR78-15 tires prepared under pilot plant conditions with the same composition and construction except for variation of the innerliner compound, to vary its air permeability coefficient. These tires were tested for static inflation pressure retention at 30 and 65°C (Table II), and under a controlled indoor wheel dynamic test condition.

The innerliner formulas in these tires were a general purpose rubber (GPR) control formula (Group L), a halobutyl-GPR blend formula (Group M) and an all-halobutyl formula (Group N). Liner thickness was constant at the gauge used in the Group L production construction. These tires exhibited major effects of innerliner permeability on inflation pressure retention. At 30°C, the Group M tires gave a 36% IPR improvement over Group L. The Group N tires remained above the 165 kPa limit pressure 2½ as long as the control L tires.

At 30°C, the Group L and M tires were consistent with the inflation loss rates that have been cited as "typical" tire performance, approximately 7 kPa (1 psi) per month[9].

At 65°C, the inflation loss rates were increased 6–8-fold. The Group N tires still exhibited twice the inflation retention capability of the Group L controls.

Group L and N tires were tested for inflation loss *versus* time in a controlled indoor wheel test. Conditions were selected to relate to normal tire operation (~20% deflection, 64 km/h) and the 65°C static test (air cavity temperature and pressure rise after initial warm up were brought close to those of the static test at 65°C by selection of load and speed). Results are shown in Figure 4.

The Group N (low permeability liner) tires maintained pressure above 180 kPa about 87% longer than the Group L controls. Under the dynamic condition, the innerliner permeability effect had been diminished (87% advantage of Group N *versus* 110–150% in the 65 and 30°C static tests) but remained large.

Possibly, some air loss occurred at the rim-bead juncture but it appeared, at most, a small effect. Mechanical flexing of the tire components, perhaps,



FIG. 4.—Inflation pressure *versus* time, dynamic indoor wheel. HR78-15 radials, 64 km/h, 220 kPa cold starting inflation.

increased the permeability of the tire components in a like manner to temperature, causing moderate convergence of the responses of the two tire groups as observed between the 30 and 65°C static IPR tests.

In any case, the innerliner effect remained large, indicating that air migration was the primary mode of air loss, even under this dynamic operating condition.

## MODEL EQUATION FOR STATIC INFLATION LOSS

An equation has been formulated in an attempt to correlate observed inflation pressure retention response to basic tire construction parameters.

In its development, several simplifying suppositions were made:

(1) The tire is treated ad a two layer structure: (a) the innerliner and (b) the structure outboard of the innerliner, *i.e.*, the carcass, sidewall, tread, etc.
(2) The air barrier effects of tire cord are negligible.
(3) The tire volume is constant during moderate inflation pressure loss.

The equation employs the following tire parameters: air cavity volume; air cavity surface area; permeability coefficients of the innerliner and the carcass-sidewall-tread composite; innerliner and overall tire profile gauges (the latter calculated as an area weighted average of measurements around the tire cross section).

Equation (1) based on the Ideal Gas Law, describes the inflation pressure drop, $\Delta P$ resulting from a loss of $\Delta n$ air molecules from the air cavity of volume $V$.

$$\Delta n = V\Delta P/RT. \tag{1}$$

Equation (2) describes the air permeation loss process in a tubeless tire of permeating area $A$ and mean thickness $\bar{X}$ and permeability coefficient $\bar{Q}$ in a time period $t$ with a pressure gradient $\Delta p$ across $\bar{X}$.

$$\Delta n = N\bar{Q}A\,t\Delta p/\bar{X}. \tag{2}$$

$N$ is a conversion factor.

Van Amerongen[10] has reported the composite permeability coefficient of a multilayer system, as shown in equation (3).

$$\bar{X}_{\text{Total}}/Q_{1,2,3,...} = X_1/Q_1 + X_2/Q_2 + X_3/Q_3 + \cdots \tag{3}$$

For the model tire in the present analysis, this rearranges to:

$$\bar{X}_{\text{Total}}/\bar{Q} = \bar{X}_L/Q_L + \bar{X}_{SW}/Q_{SW} = (\bar{X}_L Q_{SW} + \bar{X}_{SW} Q_L)/Q_L Q_{SW}, \tag{4}$$

where $Q_L$ and $\bar{X}_L$ denote the permeability coefficient and mean thickness of the innerliner, and $Q_{SW}$ and $\bar{X}_{SW}$ denote these same parameters for the tire structure outboard of the innerliner, *i.e.*, the carcass, sidewall and tread.

Combining equations (1), (2), and (4) yields:

$$t = (\Delta PV/RTA\Delta p)[(Q_L\bar{X}_{SW} + Q_{SW}\bar{X}_L)/(N)Q_L Q_{SW}]. \tag{5}$$

For the operation of equation (5), values for $V$ were obtained from Smithers[11] analyses of selected tires. Corresponding values for the surface area $A$ and mean thickness $\bar{X}_{SW}$ were estimated by graphical integration of the Smithers cross section diagrams. $\Delta p$, the driving force for air permeation, was taken to be the mean inflation pressure during the test, *e.g.*, $\Delta p = \frac{1}{2}$ (262 kPa + 165 kPa) = 213 kPa for a tire initially inflated to 220 kPa at

912            RUBBER CHEMISTRY AND TECHNOLOGY            VOL. 52

TABLE III

COMPARISON OF IP DROP MODEL EQUATION RESULTS TO ACTUAL TIRE PERFORMANCE

A. Tire size effect (HR78-15 *versus* BR78-13):

(Relative time for IP drop to 165 kPa hot)

| Tire code: | A | C | D | E | First pass predicted |
|---|---|---|---|---|---|
| $t_{HR78-15}/t_{BR78-13} \times 100$ | 127 | 135 | 131 | 130 | 125 |

B. Time to given pressure drop (production BR78-13 tires):

| | Time for IP drop: 262–165 kPa at 65°C, days (% relative) | |
|---|---|---|
| Tire code | Experimental | Predicted |
| A | 51 (100) | 71 (100) |
| C | 60 (118) | 83 (117) |
| E | 82 (161) | 126 (177) |

room temperature, then tested for inflation pressure drop rate at 65°C down to a hot inflation of 165 kPa.

Comparisons of experimental inflation loss rate data with predicted effects of tire size and varied innerliner types are summarized in Table III. The equation has shown promise in estimating relative tire size effects in several constructions (varied innerliners). It also appears effective in estimating relative inflation pressure retention responses of several different constructions in a given size. To date, estimates of absolute elapsed time for a given pressure drop have been high by about 45%. Refinement of this equation is continuing. Recent air loss path studies (discussed below) suggest that operating the equation with an overall average thickness for the tire cross section including thick areas of the tread and sidewall is probably not valid. There are, no doubt, also some experimental factors contributing to a shorter actual pressure drop time than the predicted values.

The 1978 car model year has seen the introduction of high pressure compact spare tires in a number of intermediate size cars to conserve trunk space and weight. These tires are designed to operate at an inflation pressure of 415 kPa (60 psi) in order to carry the full service load on their much smaller size. The T125/70D 15 compact spare has a contained volume of about 11.5 liters *versus* 31.1 liters for the P195/75R 14 tire it replaces.

To be serviceable when needed, these tires must maintain close to design inflation pressure over long periods of trunk storage time, frequently at elevated temperatures in warmer climates and seasons, and under the 415 kPa driving force for permeation loss. The T125/70D 15 compact spare has about one-third the contained volume of the P195/75R 14 tire it is to temporarily replace, and twice the inflation pressure. Operation of the IPR model equation on a hypothetical high pressure compact spare yields interesting insights concerning how best to maintain serviceable pressure in these and other tires.

Figure 5 presents calculated IPR responses (time for a 415–275 kPa pressure loss at a 23°C ambient) to variation of innerliner permeability coefficient and thickness. In case A, innerliner thickness is varied with other parameters fixed, with the permeability coefficients representing a 60% RHC halobutyl liner compound and SBR/NR based carcass, sidewall and tread

PRESSURE LOSS                                   913



Fig. 5.—Predicted time for pressure drop from 415–275 kPa. T125/70D-15 compact spare tire at 23°C.

compounds. Increasing innerliner gauge has a linear effect on inflation retention, but a very heavy gauge (probably not practical) is required to reach desired performance, say 2 years storage above 275 kPa. This was cited as a performance target several years ago. It is not necessarily current but serves for illustrative purposes.

In case B, innerliner permeability coefficient variations are operated on a practical 2.3 mm mean liner gauge. The effect of reducing liner permeability coefficient on IPR improvement is minor until below $2.6 \times 10^{-11}$ (at 23°C) where IPR rises exponentially. Innerliner permeability coefficients of $0.35 \times 10^{-11}$ at 23°C are attainable with all-halobutyl formulations. While this is a hypothetical analysis, the exponential IPR response at very low innerliner permeability values appears consistent with the major IPR improvement observed in the pilot plant tires (Table II), going from Group M (halobutyl blend innerliner) to Group N (all-halobutyl liner).

## AIR LOSS PATH STUDY

The studies discussed thus far, indicate that sound, properly mounted tires lose inflation pressure at significant rates (depending on conditions), and, apparently, permeation through the tire structure is a major and, possibly, the primary mode of this loss.

A tire immersion test procedure has been used to visually demonstrate this loss and study its paths (see Experimental Section).

Figure 6 is a composite photograph of a Code A production BR78-13 tire positioned horizontally, after 14 days of bubble pattern accumulation. The main concentration of air bubbles was above the tread area, having come from the tread and lower sidewall. Since only a small amount of air exited the upper sidewall, it was concluded that the bulk of the air loss was from the tread area.

Figure 7 shows the same tire in a subsequent test, mounted vertically. Bubbles were accumulated for 7 days. Consistent with the earlier test, a moderate volume of air bubbles collected above the sidewalls and bead area;



FIG. 6.—Code A BR78-13 production tire 14 day bubble pattern; 30°C, 220 kPa inflation.

the major accumulation of air was above the tread area. There was significant bubble formation in the sipe cuts of the tread elements, (note the regular row of bubbles clinging to the sipes of the right shoulder rib in the figure).

Figure 8 shows a Code C HR78-15 tire that was submerged for 6 weeks. The pattern is the same here; most of the air had collected above the tread, some from the sidewall and the bead area. This tire exhibited a tendency for the mid sidewall bubbles to cluster at the raised lettering more than in the adjacent smooth contour areas. The reason for this is not immediately apparent.

Figure 9, a side view of the same Code C tire after 7 days submersion, shows the development of bubbles in the tread grooves and sipes.

Figures 10 and 11 compare two pilot plant built HR78-15 steel belted radial tires with the same construction except for variation of the innerliner. Both tires were photographed after 40 days of bubble pattern accumulation.



FIG. 7.—Code A BR78-13 tire mounted vertically; 7 day bubble pattern; 30°C, 220 kPa.



FIG. 8.—Code C HR78-15 tire; 6 week bubble pattern; 30°C, 220 kPa.

The all-halobutyl lined tire (Figure 10) has emitted markedly less air than its counterpart with a general purpose rubber innerliner (Figure 11). These tires also showed a marked difference in the volume of air emitted from the bead area favoring the ultra low permeability innerliner. It appears that the bead-rim area bubble pattern (previously attributed to leakage along the rim-tire juncture) may actually be air permeation loss through the relatively thin stock coverage (~2 mm) over the ply endings.

Figure 12 shows the single large bubble developed by the Code A BR78-13



FIG. 9.—Code C HR78-15 tire viewed from side; 7 days since brushing, 30°C, 220 kPa.

RUBBER CHEMISTRY AND TECHNOLOGY



FIG. 10.—Pilot plant HR78-15 tire, all-halobutyl innerliner; 40 day bubble pattern, 30°C, 220 kPa.



FIG. 11.—Pilot plant HR78-15 tire, control general purpose rubber liner; 40 day bubble pattern.



Fig. 12.—Code A BR78-13 tire, with tube; 4 day bubble condition; 30°C, 220 kPa.

tire operated with an inner tube, after only 4 days of submersion. It is apparent that air has escaped through the valve hole in the rim only. (There are some extraneous, random bubbles under the Mylar because the valve air loss mode was characterized before full equilibration of dissolved air.) In effect, the use of the inner tube has eliminated the tire structure from the air holding process, as air migrates through the tube, and travels between the tube and tire to the valve hole.

The above experiments demonstrate visually that there is significant loss of inflation air from sound, properly mounted tubeless tires, via permeation through the tire structure.

By comparison, air loss from the rim flange and valve areas appear insignificant, certainly under static conditions and probably under most normal dynamic service conditions.

The air loss path appears to be:

(1) permeation through the innerliner;
(2) permeation through the thin and relatively permeable carcass stock;
(3) through and along the body cords to their ends (Usina[12] has reported that air travels across cords 100 times faster than through rubber compounds; Jenkins[13] has reported that air travels along cords 200 times faster than through compounds);
(4) through belt compounds and along belt cords;
(5) out through thin gauge areas of the sidewalls at the ply ends, and of the tread grooves and sipe cuts.

The discovery in the tire submersion tests that most of the air escapes through the tread grooves and sipes calls for a revision of the inflation loss

equation since it currently treats the carcass-sidewall-tread thickness as the overall mean. This allows the heavy gauges of the tread ribs and upper sidewalls to excessively raise the $\bar{X}_{SW}$ gauge effect and predict lower inflation loss rates than observed experimentally. This refinement of the equation will be developed as a part of the future study of tire inflation pressure retention.

## CONCLUSIONS

(1) Significant inflation pressure loss occurs from sound, properly mounted tubeless tires, under static or dynamic conditions, via air permeation through the tire structure.

(2) The rate of inflation pressure loss is greater for smaller tires, because down sizing reduces the contained volume faster than the permeating surface area.

(3) The inflation loss rate is strongly service temperature dependent.

(4) The innerliner permeability properties have a primary effect on the inflation loss of tubeless tires.

(5) Use of an ultra low permeable innerliner compound appears the most efficient approach to minimizing the inflation pressure loss rate. Use of such an innerliner at a reasonable gauge should roughly double the inflation pressure retention capacity of many tire constructions.

(6) Use of ultra low permeability innerliners would not reduce the importance of periodic inflation pressure checking of tires in use, since possible puncture or other injury induced underinflation needs to be guarded against.

## SUMMARY

Maintaining proper inflation pressure in tubeless tires, particularly radials, is critical to maximum tread wear life, durability, and minimum rolling resistance for vehicle fuel economy.

This paper has discussed experimental studies of tubeless tire inflation pressure loss and how it is affected by tire size, operating pressure and temperature, and innerliner construction.

Inflation pressure loss rates have been measured for varied commercial production tire constructions and sizes under static, constant temperature conditions. Pilot plant built radial passenger tires with varied innerliners have been tested for inflation loss rate, both statically and dynamically.

A model equation has been developed to relate inflation pressure retention (IPR) to principal parameters of tire geometry, service and innerliner construction. Correlation of predicted air retention with actual performance is promising.

A tire immersion test procedure has been employed to demonstrate air loss via migration and to study its paths.

These studies indicate that properly fitted tubeless tires, free of mechanical leaks, can still have significant pressure loss via permeation; that the rate of loss increases as tire size is reduced; and that an ultra-low permeability innerliner can greatly improve tire inflation retention under static and dynamic service conditions.

## ACKNOWLEDGMENT

The author acknowledges the important contributions to this paper made by Mr. John R. Hanick, who conducted the experimental work, and by Mr. E. G. Boczon, who did the photographic work.

PRESSURE LOSS                    919

## REFERENCES

[1] H. Rauch and S. von Schiessl, *Automobiltechnische Zeitschrift* 76 (3), 83 (1974).

[2] R. B. Knill, W. W. Curtiss, and J. P. Urbon, presented at a meeting of the Rubber Division, American Chemical Society, Boston, Massachusetts, October 10–13, 1978.

[3] J. D. Walter and F. S. Conant, *Tire Science and Technology* 2 (4), 235 (1974).

[4] D. A. Glemmings and P. A. Bowers, SAE No. 750457 (1975).

[5] D. R. Elliott, W. K. Klamp, and W. E. Kraemer, SAE No. 710575 (1971).

[6] O. J. Vierguts, H. G. Wakeley, and H. Dowers, SAE No. 780256 (1978).

[7] C. E. Miller, speech before U. S. House of Representatives; abstract in *Motor Travel* 50 (8), 3 (August, 1978).

[8] J. L. Harvey and F. C. Brenner, NBS 528, 21 (May 1970).

[9] F. Timmons, presented at SAE-ERDA-DOT Tire Rolling Resistance Planning Workshop meeting, Cambridge, Massachusetts, October 18–20, 1977; reported in *Conference Proceedings, SAE P74* (1977).

[10] G. J. van Amerongen, RUBBER CHEM. TECHNOL. 37, 1141 (1964).

[11] Smithers Scientific Services, Inc., Akron, Ohio.

[12] R. V. Uzina and V. E. Basin, *Kauchuk I. Resina* 17 (11), 18 (1958).

[13] R. C. Jenkins, J. W. Meherg, and J. V. Linn, presented at a meeting of the Rubber Division, American Chemical Society, New York, New York, September 11–13, 1963.