Case 0:08-cv-61825-JIC Document 179-3 Entered on FLSD Docket 11/05/2009 Page 1 of 18

WA/125

# FUNDAMENTAL ASPECTS OF RUBBER ADHESION TO BRASS-PLATED STEEL TIRE CORDS

W. J. VAN OOIJ

AKZO RESEARCH, CORPORATE RESEARCH DEPARTMENT, ARNHEM, NETHERLANDS

CONTENTS

| | | Page |
|---|---|---|
| I. | Introduction | 605 |
| II. | Adhesion to brass | 605 |
| | A. Mechanism | 605 |
| | B. Effect of brass parameters | 611 |
| III. | Bond durability and degradation | 630 |
| IV. | Effect of compound parameters on bond strength and durability | 643 |
| | A. Compound formulation | 643 |
| | B. Adhesion promotors (bonding agents) | 651 |
| V. | Adhesion to zinc | 666 |
| VI. | Summary and conclusions | 669 |
| VII. | Acknowledgments | 671 |
| VIII. | Abbreviations | 671 |
| IX. | References | 672 |

## I. INTRODUCTION

To date, the most recent comprehensive review of rubber-to-metal bonding including adhesion to brass is the 1959 edition of Buchan's book[1].

The extensive use of brass coatings on steel cords in steel-belted radial tires over the past two decades has led to a revival of interest in the properties of the rubber–brass bonding system. Further, the development of new, sophisticated laboratory techniques in the early 1970's, *e.g.*, electron microscopic and electron spectroscopic methods, and their application to the study of brass surface properties and rubber–brass interface phenomena necessitates a review of the more recent literature on this subject.

In this paper the literature of the period 1970–1978 will be critically reviewed, with an occasional reference to earlier publications. Patent literature is only partly included. Emphasis will be on the fundamental aspects of rubber-to-brass adhesion, such as the mechanisms of adhesion and bond degradation, and much less on practical aspects such as cord construction and adhesion tests. Adhesion to other metals, such as iron and zinc, will only briefly be covered. The paper is further confined to those rubber–metal systems which can be considered "self-bonding" as a result of chemical reactions at the interface, which, therefore, do not require adhesives or cements to obtain bonding.

On the basis of the available knowledge, areas and methods for further improvement of the performance of brass-plated tire cords will be indicated.

## II. ADHESION TO BRASS

### A. MECHANISM

Although the discovery of the adhesion of brass to sulfur-vulcanizable natural rubber dates back some 115 years[2], interest in the mechanism of the

bond formation is only fairly recent. An interesting oxidation theory was developed by Blow[3], who suggested that during the cure of rubber in contact with brass copper atoms diffuse into the compound and oxidize the polymer, which leads to an increased surface polarity of the rubber phase. This theory was, however, completely forgotten when it became apparent from the work of Buchan and Rae[4–6] that in some cases of poor bond strength, copper sulfide reaction products could be detected. On the basis of this observation a theory was postulated which assumed that chemical bonds are formed between copper atoms in the brass surface and sulfur atoms of crosslinked polymer molecules:

```
        |
       —C—
        |
  Cu—S—C—
        |
       —C—
        |
```

Under unfavorable conditions of cure the –S–C– bond was assumed to rupture with formation of CuS and loss of adhesion. In another publication Buchan demonstrated that the rubber–brass bond is at least partly of a physical nature[7] and depends very strongly on the modulus of the rubber. By measuring bond strengths in a butt-joint configuration as a function of temperature in the range 20°C to −100°C, curves are obtained which closely match those of physical rubber properties. For bare steel, which is nonbonding at room temperature, identical curves were obtained, *i.e.*, very high apparent bond strengths at low temperatures.

The effect of crystal orientation and grain size in brass to be bonded was studied by Stuart[8], who found that the (115) crystallographic planes bond preferentially to rubber. Fully annealed brass surfaces do not bond, supposedly as a result of the infrequent occurrence of said planes in such recrystallized material. He further discovered that mechanical abrasion of a nonbonding brass surface causes it to bond excellently. This effect was tentatively explained by assuming that abrasion imparts to the brass a thin disordered or amorphous surface layer of 5 nm thickness, which was taken to be the bonding layer (Beilby layer). Stuart also recognized that a sulfide film is formed on the brass surface in spite of the oxide film initially present, and that this film acts as the actual adhesive between metal and elastomer. According to Stuart, good and poor bonding brasses differ in that they form different types of sulfides. At that time no techniques were available to characterize these films further or to differentiate between structural differences of areas on the brass surface with good and poor properties.

Further, interest in the fundamental aspects gradually dwindled as the brass-plating technique, which was somewhat unpredictable and sensitive to corrosive chemical environments, was replaced by polymer-based adhesives. Therefore, when steel-belted radial tires came on the market and brass-plating proved to be a more suitable adhesive for the tire manufacturer than any of the organic cements, the fundamental understanding of bond formation and bond degradation was clearly lagging behind. Some of the questions to be answered were, and to some extent still are, the following:

(1) What is the mechanism of bond formation, *i.e.*, chemical bonds, physical adhesion or both?

WA 125

(2) Is copper sulfide a prerequisite for bonding or should its formation be avoided?
(3) How can the durability of the bond of rubber to brass, which is notoriously prone to corrosion, be improved?
(4) What is the effect of the brass surface composition, which can be expected to be affected by the drawing process, on the adhesion?
(5) What is the effect of the compound formulation on the bond strength and the bond durability?
(5) How can the performance of the cord in the tire be evaluated by laboratory adhesion or aging tests?
(7) What is the effect of residual drawing lubricant on the cord performance?
(8) What is the effect of flaws in the cord surface integrity—drawing lines, porous coating, exposed steel—on the adhesive and corrosive properties?
(9) What is the underlying mechanism by which sulfur-vulcanizable compounds of simple formulation can only be bonded satisfactorily to brass of a rather narrow range of copper contents and plating weights? In other words, how can these compounds be made to bond to other metals—steel, zinc, or copper—these metal surfaces being easier to control than alloy brass plating?

Since corrosion and bond degradation from other causes soon turned out to be important factors in determining the life of a steel-belted radial tire, both tire and steel cord manufacturers started research aimed at the above questions. In the 1960's research was still mainly empirical in order to establish the combination of those cord and compound parameters that would perform best within the limitations of this bonding system. In the '70's research gradually became more fundamental, undoubtedly the result of the development of new analytical tests which became available in the early 1970's and which allowed a new look at the surface of the cord as well as a better characterization of the products formed at the rubber–brass interface.

*Analysis of the rubber-brass interface.*—Among the methods which allow the chemical composition of a metal surface to be determined quantitatively, X-ray Photoelectron Spectroscopy (XPS, also called ESCA) is probably best suited to study metal–polymer adhesion phenomena[9,10]. It is nondestructive, can be used for analysing both organic and inorganic substances, gives some information on binding states of the elements in the surface layers, and can be used in conjunction with depth profiling by argon ion bombardment (sputtering). A review of the possible application of XPS and related techniques to study metal–polymer adhesion was recently given by Lindfors, Riggs, and Davis[11]. A less favorable aspect of ESCA is the relatively large surface area that is analyzed (1 cm$^2$). Therefore, application of XPS to surfaces in actual practice should preferably be complemented by investigations using other techniques with higher lateral resolution, such as Scanning Electron Microscopy or Scanning Auger Electron Spectroscopy. The latter technique is rapidly being developed and shows great promise for investigations of cord surfaces in tire sections. The technique combines the high lateral resolution of SEM with the high surface sensitivity of XPS.

Van Ooij was the first to apply XPS to the analysis of steel cord surfaces and rubber–brass interfaces[12–14]. In order to obtain a better sample geometry for XPS analyses, he used 0.5 mm brass sheets of well-defined surface composition which could be bonded to rubber and separated smoothly under liquid

Fig. 1.—Brass specimens (a) used in fundamental studies of rubber–brass adhesion; (b) vulcanized sample for interface analysis; (c, d) lap-shear tensile test sample[17].

nitrogen. This yielded sample surfaces amenable to XPS analyses. Alternatively, the bond strength could be tested by separating the metal from the rubber at room temperature on an Instron tensile tester using a lap–shear configuration (Figure 1). By varying the metal properties and the compound recipe as well, this experimental approach allows, in principle, the adhesion mechanism to be clarified and all of the parameters which play a role in the bond formation (brass, compound, cure conditions, post-vulcanization aging effects, etc.) to be identified. His results should be interpreted with care, however, as solid brass sheets differ from the brass coating on steel cord in the following respects:

(1) The brass coating on cord is more deformed and contains lattice defects and a different texture[15].
(2) Due to the contact with the steel substrate, the brass coating assumes a different electrochemical potential and, hence, will be of higher or lower chemical reactivity, depending on the environment. Electroplating a steel sheet (Figure 1) with brass does not result in a sample comparable to brass-plated cord, due to the deformation in the drawing dies.
(3) The high curvature of the brass-plated filaments probably increases their reactivity in corrosive media and may be different for different filament diameters[16].
(4) The size and structure of the crystallites may be different for the two types of brass.
(5) The cords contain lubricant residues which may either accelerate or retard certain reactions in corrosive media.

For these reasons the properties of the brass coatings on steel cord cannot really be imitated adequately by using massive brass sheets.

The conclusions of Van Ooij's experiments, though very interesting from a fundamental point of view, should be verified for brass-plated steel cord. However, Van Ooij claims that certain trends observed by varying parameters such as compound recipes are similar to those observed when using cords. Therefore, his conclusions are probably correct on a qualitative basis and, in particular, of interest in the identification of the mechanisms of adhesion and of adhesion degradation.

Van Ooij observed, on the basis of ESCA analysis of a rubber–brass interface following a standard cure, that an interfacial film of reaction products is

always formed. By means of the chemical shift principle he identified the species $Cu_xS$, ZnS, and ZnO as the constituents of this film, with $Cu_xS$ always on top. He postulates that $Cu_xS$, a nonstoichiometric type of copper sulfide, acts as the adhesive which bonds the metal to the rubber through a catalytic effect on the vulcanization reaction. He claims that his ESCA data indicate a higher concentration of C–S bonds, and a higher crosslink density, in a region close to the metal surface. This higher crosslink density stems from the catalytic activity of the growing sulfide film which is assumed to contain active, dissociated $S_{8-x}$ fragments at its surface. These fragments can be expected to react with rubber molecules directly,

$$S_8 \rightleftarrows S^{*} \longrightarrow \text{reaction with } -C{=}C{-}C-$$
$$S_8 \longrightarrow S^{*}$$

*i.e.*, without accelerator and ZnO interference. The literature provides the following evidence supporting this view:

(1) $Cu_xS$ shows catalytic activity in several reactions involving elemental sulfur[17]. The kinetics of certain gas phase reactions indicate the rate determining step to be the desorption of certain activated sulfur species from the catalyst surface.

(2) If a steel surface containing a copper flash is sulfidized prior to reaction with a rubber compound, it will bond excellently, provided the sulfide film is of low thickness[14]. This identifies the $Cu_xS$ as the actual adhesive.

(3) Since $Cu_xS$ is nonstoichiometric ($x = 1.97$), this substance should necessarily contain some elemental sulfur at the surface, as XPS fails to detect any Cu(II) species. This elemental sulfur was actually detected at a $Cu_xS$ surface formed by sulfidizing brass at 150°C by sulfur dissolved in paraffin[12,14].

(4) Copper sulfide has been demonstrated to be active as a vulcanising agent in itself when mixed in butadiene–acrylonitrile rubbers[18].

Van Ooij did not detect any other chemical state of copper than that of Cu(I) in $Cu_xS$. This chemical state of copper at the rubber–metal interface was identical with that of copper at a brass surface sulfidized by sulfur in paraffin. This led Van Ooij, therefore, to conclude that the high bond strength observed for brass is, in fact, physical bonding of sulfur in a crosslinked rubber network to the $Cu_xS$ surface. These covalent bonds of the type

$$Cu_xS \longleftarrow S\begin{matrix} \diagup C- \\ \diagdown C- \end{matrix}$$

are, as such, rather weak, but they can still give rise to a bond strength exceeding the rubber tear strength because of the increased crosslink density. This conclusion, Van Ooij theorizes, is in good agreement with the temperature effects on the apparent bond strength of brass and of bare steel (*vide supra*)

FIG. 2.—Analysis by XPS and argon ion depth profiling of rubber–brass interface; compound as indicated; polished brass of 65/35 composition; cure 25 min at 150°C; sample broken in liquid nitrogen; 1 min of sputtering corresponds to 2 nm material removed[11].

which are identical, except for the residual adhesion at room temperature. These temperature dependences reflect changes of physical properties with temperature, such as modulus and the energy required to deform the network at the interface. An example of a rubber–brass polymer interface analysis by XPS following a standard cure is shown in Figure 2. Failure of the sample under these conditions (liquid nitrogen temperature) is at the interface between the interfacial film and the metal substrate, probably because of differences between coefficients of thermal expansion of film and metal.

The formation of an interfacial film containing Cu and S has been confirmed by others. Haemers[19] used both AES (static) and XPS to study the cord–rubber interface and concluded from a comparison of adhesion data and interface analyses that a chemical reaction between Cu and S is a prerequisite for bonding. He also detected ZnS but does not state whether the formation of $Cu_xS$ is actually required. $Cu_xS$ can be formed in certain cases but its growth during cure and subsequently during the service life of the tire may be detrimental to the strength of the bond (*cf.* section III). Investigations of the brass–rubber contact area using Scanning Electron Microscopy in conjunction with X-ray microanalysis were reported by Azuma, Kern, and Chakraborty[20–22]. They confirm an interface rich in Cu and S, the more so for low adhesion. This technique does not allow a unique identification of these products, however. Results of X-ray diffraction or electron diffraction analysis of the reaction products, which would be the preferred technique for a direct and unambiguous identification, have not been published. It should be noted, however, that the detection limits of these methods in terms of sulfide thickness are rather poor. Further, cuprous sulfide films grown on copper or brass from an organic solvent sometimes show a tendency to be poorly crystallized or almost amorphous[23], which would severely hamper their detection by diffraction methods. Unpublished results of work carried out in the author's laboratory show that this is indeed the case for rubber–brass joints, but the effect is strongly dependent on the composition of the sulfidising medium.

From the evidence put forward by several authors, it must be concluded that during the cure of rubber in contact with brass there occur chemical reactions which lead to a modification of brass and rubber surfaces. The rubber then bonds well to the brass surface. A simple calculation shows that relatively weak covalent bonds of the type

$$\begin{matrix} C \\ \quad\diagdown \\ \quad\; S \longrightarrow Cu_xS \\ \quad\diagup \\ C \end{matrix}$$

can lead to the observed bond strength of about 2000 N/cm². If the energy of such a bond is 0.2 eV, *i.e.*, 0.10 of a chemical bond of the type Cu–S–C–, it can be shown that the number of such bonds required for a tensile strength of 2000 N/cm² or more is 1 bond per 10 nm². Since the surface area of a sulfide $S^{-2}$ ion is roughly 0.1 nm², this number amounts to 1 bond per 100 $S^{-2}$ ions in the copper sulfide surface layer. This figure is in very good agreement with the number of active S* atoms at the surface of $Cu_xS$ if it is assumed that $Cu_{1.97}S$ (djurleite) is formed and that its composition actually corresponds to $Cu_{2.0}(I)S_{1.0}{}^{-2}S^*{}_{0.015}$, *i.e.*, a free sulfur atom excess of 1–2% of the total sulfur. This was corroborated by Van Ooij, who roughly observed this distribution of sulfur binding states in his XPS spectra[12–14]. These assumptions assume a perfectly flat $Cu_{1.97}S$ surface. In practice this is not the case, as copper sulfide sometimes forms dendrites with a relatively large surface area. As these crystals actually grow into the rubber phase during the cure, the polymer will conform to this surface, leading to a number of points of attachment which is a multiple of the figure estimated above. Consequently, the actual strength of the bond will be a multiple of 2000 N/cm² and cannot be determined since the rubber tear strength is the limiting factor.

### B. EFFECT OF BRASS PARAMETERS

*Sulfidization of brass.*—As indicated above, several authors have observed that poor adhesion is accompanied by relatively large amounts of copper sulfides. These products still seem to adhere well to the rubber, and, consequently, the locus of the poor adhesion seems to be adhesion of the sulfides to the metal substrate. This conclusion ties in with Van Ooij's observation that sheets of pure copper cannot be bonded as a result of the formation of excessive amounts of cuprous sulfide. Most of this sulfide still adheres to the rubber, which is indicative of a loss of adhesion of the sulfide to the substrate. Similar effects were already reported by Hoar and Tucker in their quantitative studies of copper sulfidization[24]. Although Labar and Breckpot[23], explained this effect on the basis of the buildup of internal stresses in the sulfide lattice, as a result of a gradual change of the composition of the film, this cannot be the sole origin of the sulfide delamination, since it has been found that certain compound formulations form exclusively $Cu_{1.97}S$ in a wide range of thicknesses, *i.e.*, no change of composition is observed, not even on pure copper. Nevertheless, delamination of the film occurs if formed in large quantities. Van Ooij has suggested that this effect must be the result of a condensation of lattice vacancies at the film–substrate boundary.

Since the growth mechanism of an epitaxial sulfide film is by diffusion of cations through the film[14,24], each copper atom entering the $Cu_xS$ lattice will leave a copper lattice vacancy behind. Because the growth rate of $Cu_xS$ at the moderate temperatures used for rubber vulcanization (150–180°C) is unusually high for epitaxial films, relatively high concentrations of lattice vacancies are formed. In highly deformed metals such as the brass on steel tire cord, these vacancies can be removed to some extent by means of adsorption on dislocation lines. This process can take place at 150°C. In annealed brass or copper these dislocation lines have been removed and, therefore, the vacancies at the film–substrate boundary (which cannot diffuse thermally) will condense at the interface, leading to a complete loss of adhesion[25]. This implies that the presence of lattice defects in brass is essential to its bondability, meaning that the brass, whether as coating or massive sheets, has to be deformed by cold-working. This was confirmed by Van Ooij, who showed that annealing of brass in an inert gas makes it nonbonding[25], although sulfides are still formed. A simple surface treatment of annealed brass with sandpaper, which imparts a deformed surface layer to the brass, restores its bonding properties. These considerations also serve to confirm and explain the results reported by Stuart[8].

It may be concluded that in order to bond well, the brass coating should be highly deformed, to at least 60% reduction, since the concentration of dislocation becomes saturated at higher reductions, in order to provide an adherent sulfide film. The temperature during the drawing process should be kept low in order to prevent annihilation of lattice defects and growth of grains. These grains should be very fine as grain boundaries also serve as sinks for lattice vacancies. Further, recrystallization of brass leads to a preferred orientation of crystallographic directions (001 planes) which show a higher reactivity, an effect typical of copper and its alloys[24].

In order to prevent delamination of the copper sulfide, the reactivity to form copper sulfide should be low but not completely absent. For these reasons several researchers have studied the rate of cord sulfidization in a simulated reaction medium, in an attempt to correlate cord reactivities, in terms of sulfide formation, to cord performance.

Van Ooij studied the sulfuration of flat, polished brass coupons by a reaction mixture containing sulfur, stearic acid, zinc oxide, and *N*,*N*-dicyclohexyl-2-benzothiazyl sulfenamide in paraffin at 180°C[13,27,28], *i.e.*, a mixture similar to a simple rubber cure package. Analysis of the products formed by XPS in conjunction with sputter depth profiling showed that the brass is rapidly covered with a homogeneous film containing $Cu_xS$ on top and ZnS underneath[28]. At the outermost surface some elemental sulfur was detected which could not be removed by rinsing the sample in a suitable solvent. The rate of formation of the film and its composition were very similar to those found at the rubber–brass interface (Figure 3) for 70/30 brass (*cf.* Figure 1). The surface of these samples consists entirely of $Cu_xS$. Similar experiments with 50/50 brass showed that under identical conditions of sulfidization smaller amounts of $Cu_xS$ and larger quantities of ZnS are formed (Figure 4). The surface now becomes enriched in zinc, which, on the basis of the adhesion mechanism outlined in section II.A, is in agreement with the poorer bond strength formed between 50/50 brass and rubber not containing a special additive for bonding to zinc or zinc-rich alloys.

Haemers[19] studied the rate of sulfidization of cord samples by sulfur in toluene at 120°C, and determined the relative amounts of $Cu_xS$ and ZnS as a function of the copper content of the brass plating. In this simple sulfidizing medium rate laws of the type

$$\text{Rate} = C_1 + C_2 \ln (\ln t)$$

FIG. 3.—Analysis by XPS and argon ion depth profiling of polished 70/30 brass samples prior to and following reaction with sulfur in paraffin; sulfidisation mixture as indicated; temperature, 180°C; time, 5 min; (A) copper concentration profile; (B) element intensity profiles; not corrected for element sensitivities[32].

were observed, where $C_2$ strongly increases with the copper content. He claims that between 70 and 60% copper a strong discontinuity exists and a drastic decrease of $Cu_xS$ formation occurs. This effect is not borne out by Van Ooij's data for brass coupons of a copper content ranging from 0–100%. The reaction rate of pure cold-worked copper is about 100× higher than that of pure zinc[27]. The quantitative results on cords may not be free from secondary effects induced during drawing. The deformability of brass and, hence, the heat evolution during the drawing process depends somewhat on the copper content. Consequently, for the brass-plated cords, if drawn under identical conditions, the oxide composition and thickness vary with the copper content. This oxide structure has a pronounced effect on the type and amounts of sulfide formed. It was further shown by Van Ooij that the rate of brass sulfidisation as well as the kinetics of the reaction depend very markedly on the composition of the sulfidizing medium. This effect will be discussed in more detail in section IV. Sulfidization of cold-worked brass sheets by sulfur also follows a rate law of the type

$$k_1 = C_1 \ln t,$$

whereas the reaction in the simulation reaction mixture takes place according to

$$k_2 = C_2 t^{0.5}.$$

FIG. 4.—Analysis by XPS and argon ion depth profiling of polished 50/50 brass samples prior to and following reaction with sulfur in paraffin; conditions as in Figure 3[32].

The reaction rate of sulfidisation by the mixture is therefore higher than by sulfur alone[27].

There is some evidence that relatively minor changes of the composition of the sulfidizing medium have an effect on: (1) the overall rate of the sulfidization reaction, (2) the growth mechanism of the film (reaction kinetics), (3) the crystallographic type of copper sulfide formed, (4) the morphology and homogeneity of the sulfide film, and (5) the crystallinity of the film.

Although studies of these effects are being carried out in several laboratories of tire manufacturers and cord suppliers, very little has been published so far. Van Ooij[27] demonstrated that type of accelerator, stearic acid content, sulfur concentration, and the addition of various metal–organic substances all have an effect on the rate of brass attack. The mechanism of sulfide formation is therefore extremely complex and can possibly best be rationalized by stating that the sulfidization reaction, which is required in order to bond the metal to rubber, is a form of corrosion by elemental sulfur. This reaction comprises at least three steps, *viz.*, oxidation of copper, reduction of sulfur, and diffusion of copper cations to the surface. If the medium contains additional chemical

Case 0:08-cv-61825-JIC Document 179-3 Entered on FLSD Docket 11/05/2009 Page 6 of 18

substances, one or more of these steps can either be retarded or accelerated, as in brass corrosion in aqueous media, which is fairly well documented[29–31]. On this basis it will be difficult to predict beforehand what will be the effect of a certain change of the sulfidizing medium on the reaction rate and, therefore, the best method of formulating a compound for steel cord adhesion is by trial and error using some basic concepts. However, studies of the kinetics of sulfide formation in a simplified medium are useful if the limitations of the method are recognized. Some of these limitations are:

(1) The reaction medium, such as paraffin or toluene, is dry whereas rubber stocks invariably contain some moisture. As the effect of moisture on adhesion is well known, it can be expected to have an effect on the sulfidization.

(2) There is evidence that both the sulfidization rate and the morphology of sulfide films depend on the pressure during the reaction[31].

(3) Sulfidization is normally done in a simple medium, so the effects of substances normally present in the compound are not included.

(4) In a practical system sulfur is readily consumed by the polymer in a concurrent reaction, whereas in the simulation experiments the sulfur concentration remains almost constant. This may not only have an effect on the overall reaction rate, but on the kinetics and nature of the products formed as well, as the accelerator molecules, which can be regarded as an inhibitor for brass corrosion by sulfur, will become more and more adsorbed at the surface as the sulfur concentration drops[27].

In an attempt to obviate these drawbacks associated with an oversimplified reaction medium, Van Ooij has proposed that the sulfidization of brass be studied with nonbonding mixtures of EPR as the polymer, but otherwise containing the same ingredients as an NR stock[28]. Such an approach has the advantages that the effects of moisture, pressure, carbon black, etc. are now included in the experiment and that the effect of post-cure aging on the interfacial film can be studied conveniently. Finally, the rubber phase can easily be analyzed for copper which has escaped sulfide formation or which is in the form of sulfide particles, nonadherent to the substrate. So far, only a few results have been published. They show that for a given combination of brass and rubber stock the amount of sulfide formed can vary by a factor of at least 6 if the cure conditions, the moisture content, and the brass surface oxide structure are changed. The effects of these parameters seem to be additive[18]. The amount of sulfide also increased when the cured samples were subjected to various aging treatments (*cf.* section III).

In a very recent article more results of this EPR sulfidization approach are given[32]. A comparison of EPR and paraffin sulfidization results shows that under the conditions of the former method the sulfidization proceeds more rapidly, which is attributed to an effect of the vulcanization pressure. It is further shown that the buildup of the sulfide film is almost complete during the first 20 min of the cure (150°C). The sulfidization curve then levels off and further increase over a prolonged period of time is very slow, despite the fact that in EPR the polymer does not consume the free sulfur. A comparison of adhesion data and EPR sulfidization data for standard brass coupons using a simple NR/EPR compound shows that, in fact, the adhesion or rubber coverage is not very sensitive to the total amount of sulfide formed. A high level of

initial adhesion, with 100% rubber coverage (of the pulled cords) can be obtained with sulfide films varying in thickness by a factor of 6–7. This conclusion was previously reached by preparing a set of brass coupons with different surface reactivities but otherwise identical properties, whose adhesive properties were evaluated[26,27]. These measurements showed that either under conditions of very low reactivity (no copper sulfide formation) or very high reactivity (formation of excess copper sulfide) the observed adhesion is poor. However, variations of copper thickness, by a factor of about ten, still resulted in high levels of initial adhesion. The aged adhesion, however, dropped linearly with the reactivity of the brass (*cf.* section III). Very similar results were obtained with brass plated onto cords[25]. It is interesting to note that these results show clearly that no high bond strength can be obtained if copper sulfide cannot be formed during the cure as a result of a thick film of zinc oxide initially covering the brass.

Van Ooij[32] also argued that the brass plated steel cords must have a higher reactivity for sulfide formation than massive brass sheets. There are two underlying causes for this phenomenon. First, on brass-plated cords the brass plating approximately assumes the electrochemical potential of iron, due to the fact that the coating is invariably porous. This effect can be demonstrated by the observation that brass-plated cord will reduce copper from an aqueous copper sulfate solution, whereas brass will not. Under conditions of sulfur attack, however, the situation is reversed. Since brass (*i.e.*, copper) is less noble than iron, connecting the brass with a more noble metal will lead to acceleration of the reaction rate. The effect is similar to, for instance, the accelerating effect of gold on the oxidation of zinc[33]. Van Ooij demonstrated this to hold true for the system iron–copper–sulfur by spot-welding samples of iron to the standard brass coupons of Figure 1. This caused the sulfidization reaction to proceed markedly more rapidly than for the brass itself[33]. A second cause for the differences between cords and massive brass is the presence of a high degree of surface curvature of the cords. It has been demonstrated in general that metals will oxidize more rapidly in the form of wires than in the form of flat sheets. The oxidation rate at ridges, steps, and corners is also enhanced[34]. For steel cord sulfidization follows rate laws similar to those of oxidation. This implies that they react faster than corresponding sheets and further that the cord reactivity will depend on the filament diameter. Although no pertinent data have been published on this effect, it is well known that the spiral wrap of some steel cord constructions (0.15 mm) does not always bond well to the rubber and may have a dark blue appearance in the pullout test, indicative of a high sulfidization rate. Another reason why extremely thin filaments will lose their adhesion more rapidly than thicker filaments is that a high degree of surface curvature will result in a higher concentration of metal ion vacancies at the sulfide-metal boundary. Consequently, the film, grown on very thin filaments will show delamination from the metal at lower sulfide thicknesses than relatively thick filaments.

Van Ooij[32] also reports on sulfidization of brass in solvents which consume sulfur concurrently with the brass sulfidization reaction. In contrast to expectation, the initial rate of sulfidization in squalene ($C_{30}H_{50}$) containing the standard sulfidization mixture used in the paraffin work is higher than if paraffin were the solvent. The kinetics were also changed as well as the visual appearance of the sulfide films formed. Further, upon prolonged sulfidization the growth rate of the film dropped to zero. This was not caused by the sulfur concentration becoming too low for further film growth but by some sort of passivation of the

metal surface. This was demonstrated by adding an excess of free sulfur to the reaction mixture at the stage when passivation had occurred. No further film growth took place, nor did the color of the passive film change. The color of this passive film was bright green, similar to what is often observed on steel cord pulled out of a cured block. These somewhat surprising results were explained by assuming that the sulfur atoms which have been transferred to the polymer molecules by the combined action of sulfur, zinc oxide, stearic acid, and accelerator, may still react with the brass surface and, in fact, are more reactive toward the brass than elemental sulfur.

The reaction between copper and polysulfidic polymer–sulfur groups leads to the incorporation of polymer molecules into the sulfide film. As the crosslinking and sulfidization reactions proceed, the concentration of free sulfur decreases and that of $-\overset{|}{\underset{|}{C}}-S_x$ groups increases. Therefore, a gradient of $-\overset{|}{\underset{|}{C}}-S_xCu_2$ molecules will be formed in the film ranging from zero at the metal–sulfide boundary to a completely polymer-covered film surface as shown schematically in Figure 5. This surface passivates the film on the one side and will bond very well to the rubber phase on the other hand, as some of the remaining carbon–carbon double bonds at the $-\overset{|}{\underset{|}{C}}-S_xCu_2$ surface will crosslink to the rubber molecules. This mechanism, Van Ooij theorizes, provides an alternative explanation for the high bond strength observed for copper alloys. In this mechanism the rubber molecules become more or less entangled in the sulfide film. Further, this mechanism does not exclude the possibility that the rubber can be bonded to other metals as well. Prerequisite for bonding will then not be the formation of a cuprous sulfide film, but a certain minimum reactivity of the metal towards sulfur. This reactivity happens to be adequate for brass and is, under normal conditions, too low for zinc or iron surfaces[37] (*cf.* section V).

rubber
$Cu_xS$
ZnS
ZnO
brass

Fig. 5.—Schematic representation of rubber–brass interfacial layer of reaction products[32].

A concentration gradient of carbon in the interfacial film could, in principle, be concluded from the rubber–brass interfacial concentration depth profiles, as shown in Figure 2. The profile of zinc in this film is invariably narrow and well-defined, whereas that of copper always shows a tailing edge, which parallels an increase of the relative carbon concentration. However, since there are alternative explanations for this observation, based on artifacts such as knock-in effects during sputtering, the apparent intermixing of polymer molecules and copper sulfide was never recognized as such.

The experiments in squalene provide strong support for the above mechanism, in particular the detection of the presence of carbon in the film by XPS and by X-ray microanalysis[32]. Further, this modified reaction mechanism provides a satisfactory explanation for the effect of compound composition on adhesion and especially the phenomenon that EV curing systems do not bond well to brass-plated cords. In such a system the concentration of polysulfide bonds during the entire cure is too low to lead to an adequate dilution of the copper sulfide with polymer molecules to provide sufficient anchoring. These effects are further elaborated on in section IV.

*Effect of brass surface composition.*—In spite of the widespread use of brass in industry relatively little work has been published on its surface composition and oxidation behavior. Most of the older literature on this subject is concerned with oxidation of the alloy at high temperatures such as the results published by Whittle and Wood[35], who showed that oxidation at 800°C leads to the formation of a ZnO surface layer of several microns thickness.

The advent in recent years of surface-sensitive techniques capable of detecting oxides in monolayer quantities has stimulated interest in the initial stages of metal and alloy oxidation[36–38]. It has already been shown that the composition of oxide films formed on binary alloy systems may be an important factor in determining the behavior of the alloy in corrosive media[39,40]. Since rubber-to-brass bonding requires the formation of copper sulfide from a corrosive attack by sulfur, it can be expected that this rate of attack will not only depend on the composition of the corrosive medium but on the initial surface composition of the brass as well.

Surface composition of brass coupons after a variety of treatments as studied by XPS or AES were published by Storp[41], Van Ooij[42], and Nillson-Jatko[43]. Storp and Holm, who used ESCA in conjunction with sputter depth profiling, concluded that cold-worked polished 60/40 brass exposed to ambient conditions forms a ZnO surface layer which contans some metallic copper. At elevated temperatures (200°C) this ZnO layer grows and gradually becomes devoid of copper. Storage in $H_2O$ at 80°C, however, leads to a very strong copper surface enrichment as a result of the preferential dissolution of both ZnO and Zn under those conditions. It thus seems possible to obtain any surface copper content between 0 and 100% by adjusting the conditions of the experiment. This was confirmed by Van Ooij[42] who studied the surface composition of cold-worked 64/36 brass coupons following various mechanical, chemical, electrochemical, and thermal treatments. A cold-worked sheet is covered with a relatively thick oxide scale containing both ZnO, $Cu_2O$, and CuO. Starting with a smoothly polished brass coupon ZnO is formed exclusively in thicknesses which increase approximately linearly with the temperature, up to the temperature where brass recrystallization becomes noticeable. This increases the reactivity for ZnO formation. The formation of ZnO further depends on the initial brass surface composition. If the brass is covered with a thin but uniform ZnO film, growth of the film is the only reaction that is observed upon heating

the material. If the ZnO initially contains some Cu this will be oxidized as well, with formation of $Cu_2O$. However, copper oxide is never observed in the presence of metallic zinc. This was attributed by Van Ooij to the solid state displacement reaction

$$Zn + Cu_2O \longrightarrow ZnO + 2Cu,$$

which was observed to take place during a prolonged heat treatment of brass containing an appreciable amount of copper oxides in the oxide scale. Such scales are formed if the zinc and ZnO are preferentially dissolved from the surface layers and the resulting sample with a copper-rich surface is heated to at least 200°C. Under these conditions dark blue surface layers are obtained which consist of CuO and $Cu_2O$ on top of a ZnO layer. On prolonged heating, e.g., at 475°C for 60 min, the blue color gradually disappears and the ZnO layer is found to grow at the expense of the $CuO/Cu_2O$ layer (Figure 6). These results indicate again that, depending on the various chemical and heat treatments to which brass is subjected, any surface copper content between 0 and 100% can be formed. This conclusion is of relevance to the brass coatings on tire cords which are indeed subjected to chemical (lubricant) and thermal (drawing) treatments.

Surface composition of brass and, in particular, quantitative calibration of the various techniques for brass analysis, is discussed in detail by Shemenski[44].

In the previous section it was concluded that the surface reactivity of the brass for sulfide formation should be kept low, although not completely absent. For this reason it is essential to know the relationship between oxide structure and reactivity and adhesion. To date, there are only a very limited number of publications dealing with these relationships[13,19,26,27]. Van Ooij determined the oxide composition on polished 70/30 brass coupons which were carefully oxidized under controlled conditions. Among his findings were that neither very thin nor very thick zinc oxide films form strong bonds. As the oxide film thickness increases, the adhesion of the coupons to a standard compound (composition was not specified) goes through a maximum (Table I). If the samples which show optimum bonding are compared in terms of copper concentration depth profiles, it is seen that these profiles may differ considerably. The common factor seems to be a certain thickness and structure of ZnO rather than a well-defined copper content. Such a ZnO film probably controls the diffusion of copper (and zinc) ions to the surface, which can be attributed to the differences between the ion diffusion mechanism in ZnO or ZnS type films (*n*-type semiconductors) and that in $Cu_2O$ or $Cu_2S$ (*p*-types)[42]. These differences manifest themselves very clearly in the reactivity towards sulfur of brass coupons whose oxide composition was varied within wide limits[13]. The reactivity of a 65/35 brass coupon could vary by a factor of 40. Low reactivities are observed for ZnO-covered surfaces. As the ZnO thickness increases, the reactivity levels off to a constant value but does never drop to zero. This indicates that such surfaces still react with sulfur, in accord with Haemers's observation[19]. As the copper content in the ZnO film increases, the reactivity increases only slightly if the ZnO thickness is kept constant. Very substantial increases of reactivity are observed only if the ZnO is completely removed. The reactivity is highest if the oxide film contains CuO, such as the samples whose profiles are shown in Figure 6. It seems that CuO reacts very rapidly with elemental sulfur, probably according to

$$8CuO + S_8 \longrightarrow 4Cu_2S + 4SO_2. \quad (13)$$

Fig. 6.—Analysis by XPS and argon ion depth profiling of polished 70/30 brass sample following bright dipping and oxidation in air[43]; (A) 60 min. at 200°C; (B) 60 min at 475°C.

If the published effects of reactivity of brass coating on adhesion to rubber are compared, one can distinguish between those samples where reactivity is solely controlled by ZnO thickness and concentration of metallic copper in the ZnO film[26,27,13] and samples whose reactivity differences are caused by the presence of copper oxides at the metal surface[26]. In the former case the reactivities could vary by a factor of 6–10, without having adverse effects on the initial rubber adhesion. In the case of copper oxide present at the surface, a reactivity of twice that of a good bonding standard sample led to inferior adhesion results[38]. This comparison identifies copper oxide in the sample as detrimental to rubber adhesion. The underlying cause for this effect is not very clear. The

low rubber coverage observed with such brasses could suggest that the copper sulfide formed from a surface $Cu_2O$ or CuO film does not bond well to the substrate and that only epitaxially grown films bond well to both metal and to rubber. It is also conceivable that $Cu_2O$ forms a different crystallographic type of sulfide. However, no literature data is available as yet to corroborate this assumption, except the publication by Drica-Minieris,[45] who confirmed the formation of fragile sulfide films which remain on the rubber surface in the pullout test and which are formed from porous (copper) oxide films.

Haemers[19,45] also stressed the importance of the ZnO at the brass surface. He explained its importance in terms of its partial transformation into ZnS which, due to its $n$-type semiconductor properties, will reduce the $Cu_2S$ formation. However, this seems doubtful as the reaction

$$ZnO + S \longrightarrow ZnS + \tfrac{1}{2}O_2$$

is thermodynamically impossible under the conditions of the cure[47]. It is well-documented that ZnS is formed during the rubber vulcanization, but this reaction takes place via soluble zinc formed from the ZnO in the rubber and stearic acid[48,49]. Further, it has been shown by Van Ooij that ZnS is also formed on brasses initially devoid of any ZnO[12,14,28,31]. It can also be argued that ZnO also has $n$-type characteristics with a growth mechanism via interstitial $Zn^{+2}$ ion diffusion, so the ZnO will control $Cu^{+1}$ ion diffusion in its own right, as was unambigously demonstrated by the sulfidization experiments of brass surfaces initially enriched in copper or in zinc[12].

The implications for tire cord practice of the more fundamental studies on brass oxidation in relation to reactivity and adhesion are that oxidation of the wire during drawing and interaction with the drawing lubricants will have a

TABLE I

EFFECT OF MECHANICAL AND THERMAL TREATMENT ON ADHESION OF BRASS[31]

| Treatment | Adhesion, N/64mm² (rubber coverage)[a] |
|---|---|
| *Mechanical* | |
| None | 650 (0) |
| Bright dipped[b] | 550 (0) |
| Polished[c] | 590 (0) |
| Silicon carbide paper[d] | 1050 (90) |
| Abrasive cleanser[e] | 1180 (100) |
| *Thermal* | |
| None | 590 (0) |
| 100 °C, 60 min | 580 (0) |
| 200 °C, 60 min | 610 (10) |
| 300 °C, 60 min | 810 (70) |
| 400 °C, 60 min | 850 (80) |
| 500 °C, 60 min | 150 (0) |
| 600 °C, 60 min | 0 (0) |
| 600 °C, 60 min, SiC paper treatment | 750 (60) |

[a] Commercial test compound containing cobalt; averaged for 10 samples.
[b] Mixture of nitric, sulfuric and hydrochloric acids.
[c] Diamond paste 1 μm grade.
[d] Grade 600.
[e] Mixture of cleansing powder and water.

pronounced effect on the performance of the cord. The effects of bulk composition, plating weight, and residual lubricants will be discussed in the next section.

Very little has been published on the surface composition of the cord during the various drawing stages or in relation to the choice of lubricant. Van Ooij[28] and Haemers[19] showed that the ultimate surface structure of the cord can be varied by chosing a different lubricant. It seems that, in general, the cooler the wire surface the smaller the extent of zinc oxidation during drawing. It cannot be concluded, however, whether oxidation in the dies should be promoted or suppressed. This also depends very much on other factors, such as the effect on the reactivity of the residual lubricant, the formulation of the rubber compound to be bonded, and on other brass parameters such as plating weight and average copper content (*cf.* next section). In the case cited by Van Ooij[28] the lubricant which was coolest resulted in a better adhesion performance. However, the brass copper content was only 62.5% in this experiment. He further demonstrated that the ultimate structure of the surface oxide can also be varied by subjecting the wire to heat treatments prior to drawing it. The oxide scale conferred to the wire before drawing is not removed completely during drawing but the copper content increases only gradually. In light of the above described detrimental effect of copper oxides on the adhesion, the temperature of the brass surface during drawing should under no circumstances be allowed to rise to temperatures where oxidation of copper becomes noticeable. This copper oxidation is not only promoted by high temperatures but also by a surface enrichment in copper. In order to prevent copper oxidation the coating should therefore be covered with a thin film of ZnO at all stages of drawing.

Haemers[19] determined the oxidation of the brass coating in dependence of a lubricant parameter $Z$, but he did not specify this parameter nor did he present adhesion data in relation to $Z$.

In summarizing, it can be concluded that copper concentration depth profiles routinely determined in many laboratories using surface-sensitive techniques such as XPS, (S)AES, and SIMS do not provide a very reliable method for estimating the cord's performance in rubber. Of more importance seems to be the characterization of the oxide structure in terms of total amount of ZnO, homogeneity, and integrity of the ZnO layer; this layer controls the reactivity for copper sulfide formation more than the copper content itself. It is also of great importance to estimate the amount of copper oxides at the brass surface, as there is evidence that adhesion performance is adversely affected by these oxides. Techniques that have been proven suitable for such an oxide characterization are XPS, (S)AES, XRF, X-ray microanalysis (electron microprobe), and X-ray or electron diffraction. However, in the absence of such sophisticated methods, useful information can also be obtained by means of very simple measurements of the reactivity towards sulfur under standardized conditions as well as dezincification measurements (to be described in section III) using atomic absorption and/or X-ray fluorescence methods.

It has to be emphasized here that no method available can give a complete characterisation of the brass-plated cord. Even the most sophisticated instrumental technique should be complemented by additional data on, for example, brass reactivity, dezincification, lubricant residues, etc. These lubricant residues can alter the reactivity of the brass towards sulfur or modify its behavior in corrosive media (*cf.* next section). These effects cannot be estimated from the copper surface content or its concentration depth profile.

*Effect of brass composition and plating weight on brass reactivity and adhesion.* —Although results of studies on the effect of rubber compound composition on the adhesion to brass-plated wire abound in literature (*cf.* section IV), relatively little work has been published over the years on the effects of brass parameters other than those described in the previous section. This is probably due to the fact that the adhesion studies involving compound optimization were exclusively conducted by tire and rubber or rubber additives manufacturers. They normally did not have cords with different characteristics at their disposal, to include the effect of brass parameters in their studies. In several instances data on brass parameters which were specified was limited to the cord supplier and to the cord construction.

Over the past few years it has become apparent that there still is ample room for an improvement of the quality of the rubber–brass bond, especially under aged conditions. Therefore, exhaustive studies on the effects of brass parameters are beginning to appear in literature.

Before discussing and comparing the published literature on the effects of overall brass composition, plating weight, and lubricants on steel cord performance, some general statements can be made, which can logically be derived from the conclusions of the previous section on the brass surface composition. Since the adhesive reaction between rubber and steel cord, at least as far as initial adhesion is concerned, involves only a small fraction of the coating (*i.e.*, the brass coating is not completely consumed during bonding), the experimental results on variations of drawing conditions, brass plating weight, etc. must be judged in light of their effect on the surface characteristics of the brass. In view of the results outlined in the previous section, one must critically evaluate the effects on brass surface oxidation and on brass reactivity, in any study involving these factors. It will be shown in this section that most of the published experimental results (sometimes confusing and even conflicting) can readily be explained on this basis.

The first rigorous study on the effects of coating properties was published by Maeseele and Debruyne[50]. They studied the effects of brass copper content, variation of plating conditions leading to different brass grain size, plating weight, mechanical deformation of the electrodeposit, thermal treatments, and compound composition.

The optimum copper content of a brass coating of constant plating weight was reported to go through a maximum, which could be at 60%, 67–70%, or 75% Cu depending on the rubber compounds. Their compositions were not specified since they were mainly industrial compounds. The grain size of the brass, which can be varied through the current density during the electrodeposition[51] and determined by transmission electron microscopy, was found not to have an effect on adhesion as such. Nor was any discontinuity observed in the copper content *vs.* adhesion curve in passing through the copper content of the alpha-to-beta phase transformation. It was assumed that the actual composition (bulk and/or surface) rather than the crystal structure of the brass coating is decisive. As yet, no other publication is available on this effect except the study by De Roos[51] who studied the brass grain size on steel cord as a function of plating conditions but did not present adhesion data.

Maeseele and Debruyne also showed that the plating thickness may have a pronounced effect on the adhesion observed. This effect was, however, strongly dependent on the compound composition. For compounds whose optimum copper content centers around 68%, the case for the majority of the currently used industrial compounds, a low adhesion due to less than

Fig. 7.—Reactivity of brass towards sulfur as a function of copper content[37].

optimum copper content could be improved by increasing the coating thickness. Another way of putting this is that high copper contents (>70%) require a low coating weight (*i.e.*, less than 0.2 $\mu m$) and low copper contents require a higher plating weight for optimum adhesion. A combination of low plating weight (<0.2 $\mu m$) and low copper content is very difficult to bond satisfactorily.

Most of the experimental observations concerning the effect of copper content and plating weight on the adhesion can easily be interpreted as being effects on brass reactivity. It has been shown, using sulfidisation of metal sheets, that pure copper sulfidises about 100 times faster than pure zinc[37] (Figure 7). Small amounts of zinc added to copper have a very marked effect on the reaction rate. However, no discontinuity, as observed by Haemers for brass on drawn wires[10], is observed for sheets if they are given the same surface treatments prior to the reaction with sulfur. This suggests that in Haemers' experiments not only the overall copper contents of the brass but other factors were varied, such as those affecting the brass reactivity. It has been shown in the previous section that the oxide structure can have a pronounced effect on the reactivity and, through this effect, on the adhesion. Different surface temperatures during drawing, to some extent controlled by the lubricant will lead to different oxide structures. Brass layers with different copper contents will have different deformation characteristics. So, the temperature rise of the surface will not be identical for 70/30 and for 60/40 brass. Consequently, the oxide structure will be different; 60/40 brass is more difficult to draw and will

therefore have a tendency to form thicker oxide scales. The results of Maeseele[60], who observed that a thermal treatment of the drawn filaments shifted the optimum copper content for bonding to higher values, can also be explained on the basis of a drop of reactivity by the heat treatment (growth of ZnO layer). This effect is offset by increasing the overall copper content.

The effect of plating weight on adhesion can also be attributed to deformation/oxidation effects. The results published by Van Ooij on interfacial layer thickness show that for optimum bonding this layer is of approximately 50–100 nm thickness. This means that only a fraction of the brass coating is consumed under conditions of normal cure[14]. It was further shown that a copper flash or even a copper–zinc alloy flash on steel of not more than 30 nm thickness can give rise to a high bond strength. These observations suggest very strongly that there can be no effect of the plating weight *per sé*. There is a minimum amount of adhesive (copper or brass) which is required for the formation of the cuprous sulfide layer of about 50 nm thickness.

The effects of plating weights on cords are most likely caused by an increase of brass oxidation if the plating weight is reduced. This effect has been stressed by Weening[52], Murray[63], and Van Ooij[26]. Brassed cords of 2 g/kg plating weight show a considerably lower surface copper content and a lower reactivity than cords with 8 g/kg (Figure 8). The underlying cause of this effect can be understood if one considers that drawing of brass-plated cords is an example of cold co-extrusion where the outer alloy (brass) can more easily be deformed than the actual material of the wire (steel). Therefore, the steel deformation produces more heat per unit of volume than brass deformation. The brass layer is not only coated onto the wire in order to confer adhesive properties. It also improves the drawability of the steel, partly by absorbing and dissipating some of the deformation energy. If the thickness of the brass coating is reduced, its heat capacity decreases, and so the surface temperature will be higher. For the cord producer this implies that in an optimized process he cannot simply reduce the plating weight keeping all other conditions constant. This may adversely affect the adhesive properties of his material. In order to restore optimum bonding behavior, the lubricant will have to be adjusted in such a way that it will dissipate heat from the brass surface more efficiently.

% Cu in brass coating
100
50
0
0
50
100
150
200
250
300
depth into brass coating, Å
average copper content
o plating weight 8 g/kg
+ plating weight 2 g/kg

FIG. 8.—Effect of brass plating weight on oxidation and copper concentration depth profile in brass coating on 0.25 mm filaments[24].

A reduction of plating weight and a higher temperature of the brass during the drawing process will also lead to a stimulation of the processes at the brass–steel interface, *e.g.*, diffusion. This effect will be discussed in more detail in section III.

All other published results on the effect of brass copper content and plating weight on initial rubber–brass adhesion can easily be interpreted on the same basis. The effect of these parameters on aged adhesion will be dealt with in section III.

Drica-Mimieris[45] reported an optimum of 65% Cu for initial adhesion at a plating weight of 5 g/kg on 3 × 0.20 + 6 × 0.38 cord. For a series of cords with different plating weight but 63% Cu, optimum behavior was at 5 g/kg brass. He stressed, however, that compounds of different formulation (*cf.* section IV) would give entirely different results.

Three papers on the effect of brass parameters on adhesion to two classes of compounds (*i.e.*, with cobalt or HRH bonding systems) were published by Weening[52,64,65]. He reported[54] that 0.21 $\mu$m brass coatings on 7 × 3 × 0.15 cords with 58–72% copper were less sensitive to copper content variations than 0.52 $\mu$m coating and 63–73% copper on 3 × 0.20 + 6 × 0.38 cords. He further reported that compounds with high cure rate required higher copper content for maximum adhesion. This latter observation can readily by understood in terms of the competition between copper and polymer for sulfur and the requirement that a sulfide film of a certain thickness has to be formed. His observations on brass copper content and plating weight cannot be interpreted adequately, for lack of information on compounds and brass oxide structure; but the lower sensitivity for copper content variations, if the plating weight is reduced, will be interpreted as an effect of plating weight on corrosion behavior (section III). In a more detailed publication[52], it was concluded that

A
pull-out force (arb. units)
100
90
80
(90)
(90)
(90)
(90)
(90)
(80)
(70)
(80)
(80)
0.45 µm
0.27 µm
0.13 µm
( ) rubber coverage
62
68
74
copper content, %



FIG. 9.—Effect of copper content and brass plating weight on steel cord adhesion; commercial test compound containing cobalt salt; (A) unaged adhesion; (B) steam aged adhesion (16 h at 120°C)[54].

reduction of plating weight generally led to an improvement of adhesion if the copper content is kept at about 68%. Low plating weight and low copper resulted in unsatisfactory adhesion. Results published in a recent article[54], in which these two effects were studied in more detail, do not confirm previous conclusions. It was found that low copper (62%) is best in combination with high plating thickness (0.45 $\mu$m), but identical results can be obtained by high copper (74%) and low plating thickness (0.13 $\mu$m). On the other hand, the high copper content/low plating thickness material performs best under aged condition (Figure 9). These results depended somewhat on compound formulations, *i.e.*, whether adhesion was tested with a cobalt or HRH system.

Other publications dealing with rubber adhesion as a function of copper content or plating weight are those by Bertrand[55], Campion and Corish[57], and Bourgois[58,59]. Bertrand reported optimum adhesion at a copper content around 70% for a large number of different accelerators. Addition of cobalt naphthenate shifted this optimum to lower values, (*cf.* section IV, however). Campion determined both static and dynamic adhesion (Dunlop Multicord test) for six cords with nominally constant copper content of 70% but with plating thickness ranging from 0.10–0.32 $\mu$m (construction $7 \times 3 \times 0.20$ mm). Optimum adhesion was at 0.20 $\mu$m with lower adhesion at higher or lower

FIG. 10.—Effect of copper concentration profile of brass coating with low copper content (60%) on adhesion to rubber[60].

plating thicknesses. The adhesion to 0.1 $\mu$m cord was very poor, but the author stressed that the dynamic Multicord test was more sensitive to cords of relatively low adhesion. The results are at least qualitatively in accord with those of Weening[54] in that the effect of plating weight is confirmed, but they cannot be evaluated critically for lack of additional information on brass reactivity or compound formulation. It seems likely, however, that the cord with 0.10 $\mu$m brass was very heavily oxidized.

Bourgois, who analyzed fatigue and adhesion of steel cord of $7 \times 0.38$ construction in all-steel radial truck tires, varied copper content, plating weight, and compound formulation. The best results, in terms of residual adhesion following salt spray tests, were obtained with either 60% Cu and 0.24 $\mu$m thickness or with 70% Cu and 0.13 $\mu$m brass thickness. Similar results were obtained for initial adhesion. These conclusions are therefore in excellent agreement with those of Weening[54], in that they show that copper content and plating weight variations can both be used to control adhesion, most likely through an effect on brass reactivity. Further support for this conclusion is that adhesion retention in the long run can also be improved by using less reactive compounds. This was shown by Bourgois who measured the brass consumption by the compounds as a function of time and of formulation[58]. Finally, it should be stressed that brass of low copper, even down to 50%, and in all plating weights down to 0.03 $\mu$m can be made to bond perfectly and durably, by adjusting the surface composition of the brass artificially (*i.e.*, by chemical aftertreatment). This was recently shown by Van Ooij[60], who removed the excess zinc oxide from a brass coating with low thickness and low copper content and thus increased the reactivity of the brass (Figure 10).

*Effects of lubricants on adhesion.*—Studies of lubricant effects are very scanty in literature. This is not very surprising as information on lubricants used would encroach too much on proprietary knowledge or processes. Nevertheless, some general remarks can be made and some conclusions drawn from the published literature.

The effects which lubricants have on adhesion can be divided into two categories, *viz.*, the interactions of the lubricant with the brass surface during the drawing process comprising chemical reactions as well as physical interaction (heat dissipation) and the effects which the residual lubricants at the cord surface exert on the rubber adhesion of the cord.

The first type of effect can be rationalized, as concluded from the work of Haemers[19] and Van Ooij[26], by stating that (especially for brass with low copper content or low brass plating weight) the lubricant should keep the brass surface as cool as possible in order to avoid too much oxidation and too low a surface reactivity. Brasses with high copper content and plating weight are more reactive because of the high copper content and less prone to oxidation due to the different deformation characteristics. They would require a lubricant which promotes surface oxidation. Of course, if the lubricant reacts chemically with the brass, which is very reactive chemically during the drawing process, these general conclusions do not hold, because these chemical effects may easily override heat dissipation effects. Depending on whether preferential attack takes place on copper or zinc, such chemical effects may either lead to a decrease or an increase of the brass reactivity. It is of paramount importance for the cord supplier to establish the interaction between the freshly drawn wire and the lubricants. If chemical reactions take place during drawing, they will also lead to staining of the brass surface during storage. Stained areas contain copper and/or zinc in chemical forms that will not readily contribute to sulfide formation during cure. Thus these effects are highly undesirable. A simple laboratory test for evaluating the staining characteristics of wire lubricants is described by Smith[61].

The effects of residues of a series of wire lubricants on the rubber adhesion were evaluated by McConnell and Richards[62]. They found all commonly used lubricants to have a negative effect, although pull-out forces do not always decrease consistently with the amount of lubricant residue. They took this for an indication that chemical reactions between the rubber and the lubricant component occurred. Further, they observed a relationship between the degree of unsaturation of a lubricant and its effect on rubber adhesion. The more unsaturated materials showed less detrimental effects. It can be assumed that unsaturated organic molecules at the brass surface will participate in the rubber crosslinking process and thus maintain a high modulus of the vulcanized network. It has been stressed in section I that the observed pull-out force depends critically on the rubber modulus in the region close to the brass surface. Lubricant residues chemically inert toward rubber or brass will nevertheless lead to a lower pull-out force, since the sulfidization of the brass will release the lubricant residues from the surface leading to a dilution of the rubber and a lower crosslink density. The magnitude of the effect will depend on the rate of diffusion of the molecules in the molten rubber during cure. The effect of substances at the brass surface which may alter the rubber modulus and have an effect on the pull-out force can be demonstrated in a simple laboratory experiment. If a thin film of elemental sulfur is deposited onto the brass surface from an organic solvent and the cord is tested for adhesion, pull-out forces (and 100% rubber coverage) are observed which may be up to 100% higher than for the untreated cord.

Apart from an effect on the rubber modulus (as a result of physically reducing the number of crosslinks), it can be envisaged that certain substances at the brass surface may interfere with vulcanization. Substances with an acidic character, for instance, may retard the cure[48,49]. This, again, will lead to a lower modulus of the vulcanized network in the region close to the cord surface and a lower pull-out force. On the other hand, substances which increase the rubber cure rate (accelerators), which might have been deposited onto the surface for corrosion protection, may lead to a somewhat higher rubber modulus. It should be realized that in this case the balance between brass

sulfidization and rubber vulcanization is offset, and a proper interfacial film is not formed.

The corrosion inhibitors whose effects have been tested on brass surfaces were usually of the type that protects copper or copper alloys from corrosion[63]. In section I it was argued, however, that sufficient brass corrosion by sulfur should occur for a good bond to be developed. For this reason this type of corrosion inhibitor will not work satisfactorily in practice, as it is very difficult to control the amounts at the metal surface if the inhibitors are applied by means of the drawing lubricant. They will only work if the brass reactivity is too high, for instance at high brass copper content. Corrosion inhibitors at the brass surface will perform properly, however, if they are specially designed to inhibit corrosive attack on the zinc, thereby leaving the reaction between copper and sulfur unaffected (*cf.* section III).

The above described effects are merely speculations based on the reaction mechanism outlined in section II and have not been borne out by published experiments. Experiments to establish the effects of lubricant residues, corrosion inhibitors, etc., on rubber adhesion can very easily be evaluated quantitatively by coating a standard cord of good bonding properties with thin films of lubricants as described by McConnell and Richards[62] or by applying thin films onto standard brass coupons such as those used by Van Ooij[12–14] (Figure 1).

## III. BOND DURABILITY AND DEGRADATION

The performance of brass-plated steel cord is generally evaluated on the basis of static adhesion to test compounds under laboratory conditions. In addition, the adhesion following various aging treatments (heat, steam, humidity, oxygen, salt, etc.) is usually determined. However, tire manufacturers do not agree upon the significance of the results of these aging tests. There is no consensus of opinion on those experimental conditions of the various tests that will give the best results in terms of discrimination between good and poor cords or compounds, as well as a good correlation between these laboratory tests and cord life in the tire. Some manufacturers consider initial adhesion levels determined under laboratory conditions the most important criterion for discriminating between good and poor adhesion. Others rely more on residual adhesion following steam or humidity aging tests. As yet, there are no conclusive studies reported in the literature on the value of laboratory cord evaluation tests in predicting service life in the field. In fact, very little is known of the chemical reactions between the cord and vulcanized rubber during the tire's life. Knowledge of these reactions, which proceed under conditions greatly different from those of laboratory adhesion tests, is essential for the optimization of laboratory tests. Further, knowledge of the mechanism of cord adhesion loss during the tire service life may enable tire and cord manufacturers to extend the life time of the rubber–metal bond to such an extent that it will survive several retreading cycles. The relatively low resistance of brass-plated steel cord to attack by moisture, salt, etc., especially if the tire is punctured or damaged otherwise, is generally considered an aspect of the present-day steel-belted radial tire, with much room for improvement.

The few studies published on the appearance of the rubber–cord interface in tire sections all agree that a strong enrichment of copper and sulfur can be detected at this interface[19,22,45,58,59,64,65]. Some have interpreted this observation in terms of copper diffusion into the compound[22,64]; others suggest the formation of copper sulfides at the cord–rubber interface[19,45,65]. However, all authors

seem to agree that poor residual adhesion coincides with large amounts of copper-containing reaction products, and *vice versa*. Some have reported iron oxides in aged tire sections[58,59,65]. On this basis it must be concluded that the chemical reactions which led to the development of the rubber–brass bond during the vulcanization of the tire continue to proceed during the service life of the tire. An increase of the thickness of the interfacial film takes place at the expense of the brass layer. This results in a gradual loss of rubber–metal bond strength.

Some reaction rates in terms of brass consumption have been reported quantitatively by Bourgois[58,59] On the basis of such findings, it is generally accepted now that reactivity of the brass for sulfide formation is an important parameter. Cords with low reactivity—as determined in some sort of sulfidization test—without sacrificing their initial adhesion are generally considered best. The underlying idea behind this is that the combination of high initial adhesion and low reactivity (*i.e.*, low rate of brass consumption during the tire's service life) would conceivably lead to a higher adhesion retention during running. Such a statement is, of course, an oversimplification. On the one hand, there is no information from tire practice on the level of adhesion actually required for a tire to run adequately. Results published by De Jong[65] (Table II) on the residual adhesion in truck tires following one or more retreading cycles showed that this pull-out force can be suprisingly low (10% or less of the initial pull-out force). Nevertheless, the tires still ran smoothly and no tread separation occurred. Further, there is evidence from the tire industry that reduction of plating weight not only lead to better adhesion in laboratory tests, but to a longer life in the tire as well. Apparently, low plating weight does not necessarily imply a more rapid consumption of the brass coating.

Using scanning electron microscopy and X-ray microanalysis, De Jong also analyzed the rubber–cord interfacial chemical species found in the tire at the end of its normal lifetime and concluded that all of the brass coating was converted into cuprous sulfide which adhered poorly to the metallic substrate. Along with this sulfide relatively large amounts of iron oxides were detected in the form of a fine dust. This phenomenon was also reported by Bourgois[58,59] under conditions of corrosive attack by moisture, salt, etc. in damaged areas. The combined results of De Jong and Bourgois indicate, however, that irrespective of tire brand, the cord in the tire reacts chemically with the rubber and ultimately, nonbonding species such as copper sulfide and various iron oxides are formed. If corrosion occurs upon introduction of hostile species into the tire, the same products are formed but the reactions

TABLE II

STEEL CORD ADHESION IN WORN TIRES[a]

| | Adhesion N (rubber coverage)[a] | | |
|---|---|---|---|
| | Shoulder | Central area | Bead area |
| New tire | 123 (90) | 108 (90) | 139 (90) |
| Worn tire no. 1[b] | 22 (10) | 29 (10) | 35 (40) |
| Worn tire no. 2 | 36 (0) | 44 (10) | 63 (70) |
| Worn tire no. 3 | 12 (30) | 10 (20) | 14 (20) |

[a] Truck tires; cord 7 × 4 × 0.175 + wrap; adhesion in Newtons; averaged for 6 pull-outs.
[b] Tires no. 1 and 2 same brand; milage of worn tires 200,000 km or over; 2 recaps.

a b c d

FIG. 11.—Secondary electron image of cord–rubber interface in tires[65]; construction 7 × 4 × 0.22 + wrap; cord extracted in liquid nitrogen; chemical analysis by X-ray microanalysis; magnification 100×. (a) New tire, cord surface; analysis: Cu, Zn, Fe, S. (b) New tire; rubber surface; analysis: identical to rubber analysis; no copper detectable. (c) Worn tire (200 000 km), cord surface; analysis: Zn, Fe, O; no copper detectable. (d) Worn tire (200 000 km), rubber surface; analysis: Cu and S ($Cu_2S$), O, rubber chemicals; particles between cord indentations consist of iron oxides.

leading to this result are very much accelerated. It has not become clear what happens to the zinc of the brass coating under conditions of severe corrosion. In the results of De Jong, some residual zinc is detected at the cord filament surface (Figure 11), but it does not account for the amount of zinc originally present on the wire filaments. The techniques used so far do not permit detection of zinc from the brass in the rubber phase, because of its high ZnO content.

Van Ooij recently published[66] fundamental studies of adhesion degradation of rubber–brass bonds using the coupons of Figure 1. He analysed by means of ESCA the interfacial products formed during thermal, steam, humidity, or oxygen aging. He found no detectable changes of interfacial product composition or film growth during thermal aging at 100–110°C. This is in accord with Weening's findings[52–54] that adhesion loss under these conditions is often attributable to degradation of rubber properties rather than loss of adhesion.

The low bond strength found after oxygen aging was reported to be the result of a direct oxidation of cuprous sulfide and zinc sulfide to the corresponding sulfates which were brittle and nonbonding (Figure 12). The effects of moisture on the interfacial film, during humidity aging prior to the cure or during steam aging following the cure were both interpreted as an increase of copper sulfide formation and the formation of $ZnO/Zn(OH)_2$ at the metal–film boundary. ZnS was no longer detected in the film (Figures 13 and 14). The reactions which lead to the formation of this film can conveniently be summarized in simplified form in Figure 15[66]. These results were independently confirmed by quantitative measurements by X-ray fluorescence of the amount of copper sulfide formed under various conditions of cure, brass reactivity, and post-cure aging treatments using the EPR method for brass sulfidization studies[28,32] (Figure 16).

FIG. 12.—Secondary electron images of brass–rubber interface[66]; compound as indicated in Figure 2; polished brass sheets of 70/30 composition; samples broken in liquid nitrogen; magnification 500×; X-ray microanalysis. (a) Cure 25 min at 150°C; brass surface; analysis: Cu, Zn, and local patches of sulfide. (b) Cure 25 min at 150°C; rubber surface; analysis: homogeneous copper sulfide skin, chapped appearance due to low temperature treatment. (c) Cure 25 min at 150°C; sample aged in oxygen (70°C, 24 bar, 48 h); analysis: Cu, Zn, S, O (sulfates by ESCA analysis); brass surface. (d) Cure 25 min at 150°C; sample aged in oxygen (70°C, 24 bar, 48 h); analysis: Cu, Zn, S, and O in skin (sulfates by ESCA analysis); rubber surface.

CuZn $+S_8$ dry compound → $Cu_xS$ ZnS CuZn

CuZn $+S_8+H_2O/O_2$ normal compound → $Cu_xS$ ZnS ZnO CuZn

CuZn $+S_8+H_2O/O_2$ after humidity aging → $Cu_xS$ $ZnO/Zn(OH)_2$ CuZn

ZnS ZnO $Cu_xS$ CuZn $+H_2O$ steam aging → $Cu_xS$ $ZnO/Zn(OH)_2$ CuZn

FIG. 13.—Analysis by XPS and argon ion depth profiling of rubber–brass interface[66]; compound humidity aged at 90% relative humidity for 7 days (20°C); other conditions as in Figure 2.

Van Ooij concluded[28,32,66] there is no fundamental difference between a humidity aging test and a steam aging treatment. They both lead to the same net result, *i.e.*, an interfacial film containing relatively large quantities of $ZnO/Zn(OH)_2$ and $Cu_xS$ and no ZnS. The two tests seem to differ only in that the steam aging treatment is more rigorous. This conclusion was confirmed by De Jong[65], who compared green aged and steam aged adhesion data for a series of cords from different suppliers. Adhesion loss and decrease of rubber coverage were higher in the steam age test than by green aging, but the ranking of the cords was the same in both tests (Table III).

The appearance of $ZnO/Zn(OH)_2$ as a reaction product in the interfacial film is a new aspect in the understanding of rubber-to-brass bonding. Its formation was also detected on highly polished brass coupons initially devoid

FIG. 14.—Analysis of rubber–brass interface; cured sample steam aged (120°C, 4 h)[46]; other conditions as in Figure 2.

Fig. 15.—Schematic representation of interfacial films formed between rubber and brass[32].

of surface oxides which were sulfidized by a mixture of S, ZnO, DCBS, and stearic acid in paraffin[32]. The film formed on the brass is shown in Figure 3.

Van Ooij developed a rationale to accommodate the changes of the interfacial film composition observed under various conditions of brass sulfidization, rubber–brass bonding, and bond degradation[66]. He postulated that during brass sulfidization in a complex medium there is a side reaction which controls the sulfidization rate of the brass to a large extent. This side reaction is the dezincification of the brass alloy. In fact, dezincification of brass in aqueous media is a well-known and documented phenomenon[67–71]. The high sensitivity of brass to dezincification is the major cause of the poor corrosion resistance of brass used in industry. The implication of brass dezincing for rubber-to-brass bonding is that removal of zinc from the brass surface will increase the copper content in the outermost layers. This will lead to a drastic increase of the

Table III

Initial and Aged Adhesion of Brass-plated Steel Cord[44,a]

| Supplier | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| Adhesion[b,c], N/25 mm | 1505 | 1425 | 1395 | 1455 | 1500 | 1395 | 1410 | 1415 |
| Rubber coverage, % | 90 | 80 | 90 | 90 | 80 | 80 | 80 | 90 |
| Thermal aging[d] | 975 | 825 | 875 | 885 | 885 | 915 | 920 | 975 |
| Rubber coverage, % | 80 | 70 | 80 | 70 | 50 | 70 | 70 | 80 |
| Steam aging[e] | 1015 | 910 | 900 | 710 | 620 | 930 | 525 | 1120 |
| Rubber coverage, % | 20 | 20 | 10 | 0 | 0 | 30 | 0 | 50 |
| Green aging[f] | 1025 | 1000 | 1060 | 855 | 970 | 1050 | 680 | 1140 |
| Rubber coverage | 90 | 80 | 90 | 70 | 80 | 80 | 60 | 90 |

[a] Construction, 7 × 4 × 0.175 + wrap.
[b] ASTM D2229.
[c] Commercial test compound containing cobalt.
[d] In dry air for 72 h at 120°C.
[e] In saturated steam for 16 h at 120°C.
[f] In air for 48 h at 35°C and 98% relative humidity.

Fig. 16.—Sulfidization of brass by an EPR mixture[33]; cold-worked brass sheets of 65/35 composition; brass-I and brass-II differ in oxide film only.

reactivity of the brass toward sulfur. Van Ooij explained the increase of copper sulfide formation (Figures 13, 14, and 16) on this basis.

Under conditions of high moisture content during cure and attack by steam following cure, the zinc is attacked by $H_2O$, dislodged from the surface of the brass and precipitated in the form of $ZnO/Zn(OH)_2$ elsewhere, mainly in the vicinity of the cord surface. The resultant copper-rich brass has become highly activated and will react vigorously with sulfur or sulfur-containing polymer molecules, with formation of large quantities of cuprous sulfide which becomes gradually nonbonding with increasing thickness. Van Ooij further states that such a dezincification reaction is the first and major effect which leads to a degradation of adhesion in the tire. If dezincification is suppressed, the service life of the cord in the tire can be extended considerably, provided other cord properties which may lead to failure (fatigue, fretting, etc.) can be kept under control. The rate of formation of iron oxides from the cord will also be reduced if dezincification is controlled. The conversion of the steel into rust will not take place until the brass coating has largely been consumed if the electrochemical potential of the corrosion-resistant alloy coating is less than that of a bare steel wire. For a standard brass coating this potential is usually higher than for steel[72], so if iron corrosion is initiated at damaged or

porous areas of the surface, it will not stop but propagate under the brass coating.

This view on the mechanism of adhesion loss in the tire, especially accelerated corrosion in the presence of moisture and salt, may have important implications for tire cord technology, in that it may lead to the development of cords with improved properties. Therefore, the validity of the suppositions put forward[65] will be discussed in some more detail.

*Effect of moisture on copper–sulfur interaction.*—As already discussed, it has unequivocally been demonstrated by various researchers that aging treatments lead to an enhancement of cuprous sulfide. Yet, there is no direct evidence that the rate of the reaction between copper and elemental sulfur is accelerated by water molecules. This reaction depends on sulfur concentration and on the rate of diffusion of cuprous ions through the copper sulfide film[73,74]. The rates observed for the reaction of copper with sulfur in organic solvents or sulfur in the form of polysulfide ions in an aqueous medium are approximately identical[23,24,75,76]. Consequently, the effect of moisture on brass sulfidization does not stem from a direct acceleration of the copper-sulfur reaction.

*Studies of brass sulfidization.*—Recent investigations of the reaction of brass with sulfur have shown that under certain conditions $Cu_2S$ is not the main reaction product[32]. Sulfidization of brass carrying an oxide film of pure ZnO in a perfectly dry medium containing only sulfur, *e.g.*, in paraffin, results

FIG. 17.—Effect of NaCl treatment on copper content and reactivity towards sulfur of 7 × 4 × 0.175 + wrap steel cord[87]; brass dezincified in 10% NaCl at 102°C; sulfidization in $Na_2S_x$ solution (12 g/l $Na_2S \cdot 9H_2O$ and 5.6 g/l S in $H_2O$) for 60 s at 20°C.

in the formation of ZnS only. Its growth rate is very slow. These results were obtained with brass sheets as well as with brass-plated cords. Copper sulfide is only formed if the oxide film contains copper oxide or if the sulfidizing medium contains species which attack ZnO and metallic zinc. The amount of ZnS formed is then drastically reduced (*cf.* Figure 15). Substances which are active in this respect are stearic acid, water, trichloroacetic acid, etc.—well-known promotors for dezincification of brass in aqueous media[67–71]. Increasing the concentrations of these dezincification promotors will enhance the zinc dissolution and lead to a higher rate of copper sulfide formation. These results thus indicate that the reaction rate between brass and a sulfidizing medium such as a rubber compound depends not only on brass parameters (*cf.* section II) and on sulfur content or on sulfur/accelerator ratio (*cf.* section IV) but to a great extent on the presence of substances with an effect on copper sulfide formation through acceleration or inhibition of brass dezincification. In practical compounds these two reactions will always proceed simultaneously. Compounds for steel cord adhesion should be designed such that dezincification is suppressed although not entirely inhibited (*cf.* section IV).

*Brass coatings with suppressed dezincification sensitivity.*—The literature on brass corrosion indicates that dezincification of brass in aqueous corrosive media (*e.g.*, sea water) can be suppressed by adding certain metals in relatively low concentrations (Sb, As, Sn, Al, Si, Co, Ni, Fe, Mn, Ti, etc.)[77–81]. A French patent from 1911 recommends CuZn alloys with 2% Sb for rubber-to-brass bonding[82]. Some very recent patents describe Cu/Zn/Co (65/30/5) and Zn/Co (70/30) alloys with improved adhesion characteristics, especially in aged adhesion which was claimed to be superior to standard brass[72,83,84]. Van Ooij prepared Co/Cu and Cu/Zn/Ni alloys by electroplating on sheets and demonstrated that rubber bonding of these materials was completely insensitive to moisture, salt, steam, or ammonia. Both in tests for initial adhesion and steam aging tests 100% rubber coverage was obtained. For the Cu/Zn/Ni systems this was attributed to the almost complete arrest of the dezincification sensitivity due to the presence of nickel. These alloys therefore seem very attractive for application in tires, but many practical problems such as electroplating or drawing, will have to be overcome before they become commercially available[85,86].

*Test for steel cord dezincification.*—Van Ooij recently proposed a new test for brass reactivity under conditions where dezincification of brass takes place[87]. This test is based on the concept that adhesion losses in humidity aging, steam aging, or in salt water tests are all due to the dezincification sensitivity of the brass coating. In this test the cord is first treated in a 10% NaCl solution at 85°C and then briefly sulfidized by sulfur in paraffin at 150°C. The NaCl treatment actually increases the copper content of the brass coating (Figure 17). The rate of dezincification of brass was found to increase with immersion time, concentration of NaCl, and temperature. Formation of iron rust was not observed during the period when zinc dissolution occurs. The dezincified brass is extremely reactive towards sulfur, and the sulfur uptake was found to be linearly dependent on copper content following NaCl treatment. This extremely simple test shows unambigously that dezincification of brass can easily take place. The effect of NaCl is that it accelerates the dezincification rate. However, even in distilled water some zinc is removed from the brass. The brass which has been dezincified, has become strongly activated and forms 5 to 10 times more copper sulfides than the untreated cord. A good correlation

was found between sulfur uptake following NaCl treatment and the residual adhesion to a standard compound following 16 h. of steam aging (Figure 18).

Among the findings of this study were that brass with low copper content (60–65%) is relatively more stable to dezincification than with 68–72% copper content, in spite of its higher zinc content. This is in agreement with literature data on brass corrosion[88]. Further, brass coatings with low plating weight (2–3 g/kg brass) show a lower corrosion rate than high plating weight cords (5–6 g/kg). An interesting result is that substances at the brass surface can significantly modify the behavior of a given type of cord in the NaCl–sulfur treatment and, through this effect, in adhesion tests.

The author claims that the test is very reproducible and gives information on inherent properties of the cord itself, thus eliminating uncertainties associated with adhesion tests such as differences in rubber penetration and variations of rubber properties or conditions during the cure and aging treatments.

*Effect of plating weight on aged adhesion.*—The positive effect of reducing the brass plating weight on the adhesion, especially the aged adhesion, has already been discussed (section II), but can now be reevaluated in light of the proposed mechanism of bond degradation.

In the optimization of the cord corrosion test[87], it was found that low plating weight cord showed a slower rate of dezincification in the NaCl treatment than high plating weight cord of otherwise identical properties. The author states that this effect is not due to different amounts of total zinc available—only a relatively small fraction of the brass layer is affected in the test—nor can it be explained on the basis of different degrees of surface oxidation induced during drawing (section II). It was observed that the initial rate of zinc dissolution is the same for both low and high plating weight, but for the 3 g/kg brass coating the curve of zinc dissolution *vs.* immersion time levels off to a more or less constant plateau earlier than for the 6 g/kg brass coating (Figure 19). Obviously the rate of zinc dissolution upon approaching the brass–steel interface decreases more than can be accounted for on the basis of

FIG. 18.—Correlation between steam aged adhesion and reactivity towards sulfur following dezincification for 5 × 0.25 cords; dezincified for 5 min in 20% NaCl at 85°C; sulfidized for 5 min by 6 phr S in paraffin at 150°C; commercial test compound; cure 30 min at 155°C; aged in saturated steam of 120°C for 8 h[87].

FIG. 19.—Reactivity towards sulfur of dezincified 5 × 0.25 cords of various brass plating weights and copper contents[87]; dezincification for 5 min in 10% NaCl at 85°C; sulfidization in $Na_2S_x$ solution for 60 s at 20°C.

zinc diffusion to the surface. Van Ooij explained this by stating that it is plausible to assume that the brass–steel interface in the drawn cord filaments no longer exists as such but has become diffuse during the drawing process. In other words the brass coating should be interpreted as a ternary Cu/Zn/Fe alloy with a positive gradient of the Fe concentration in going from the brass surface to the brass–steel boundary. This gradual increase in Fe concentration would manifest itself more clearly in thin brass coatings. This would provide an explanation for the improvement of aged adhesion observed for thinner coating if it is assumed, as the author does[87] that alloying of brass with Fe gives greater resistance to dezincification which, according to Van Ooij, is the underlying cause of adhesion loss during aging.

This hypothesis on Fe diffusing into the coating ties in nicely with the model described so far, but the author does not provide much corroborating evidence for his statements. However, it can easily be argued that Fe diffusion must take place. Unfortunately, there is no literature information on the ternary Cu/Zn/Fe system as far as phases, solubility, or diffusion are concerned. On the basis of general information of diffusion rates in copper alloys[89], it should be expected that macroscopic diffusion does not readily take place at temperatures below 600–700°C. As to Fe solubility, it can be argued that Fe will have a higher solubility in Cu/Zn than in pure copper analogous to the systems Cu/Zn/Co[90]. The diffusion of Fe into a thin film of brass obtained by vapor deposition onto a polished steel foil is shown in Figure 20. The depth profiles following heating at 330°C were obtained by X-ray photoelectron spectroscopy