- 495 -

PAPER NO. 225

ADHESION OF STEEL CORDS IN TYRES
by
N.J. McCaffrey and O. Delatycki
Department of Industrial Science
University of Melbourne
Parkville, Australia 3052

## INTRODUCTION

The adhesion of brass plated steel tyre cords has been the subject of intensive research over the last 20 years, since the introduction of the steel belted radial tyre. Over the last 5 to 10 years research of a much more fundamental nature has taken place into the mechanism of adhesion of the brass plated cord to rubber. From an understanding of the mechanism of adhesion, we are better able to analyse the processes of degradation of the bond.

With the introduction of surface specific analytical techniques, such as X-Ray Photoelectron Spectroscopy (XPS) and Auger Electron Spectroscopy (AES), the composition of the first 2 - 3 surface layers at the interface may be analysed. When these techniques are combined with inert gas sputtering, a composition-depth profile of the interfacial layer may be obtained which leads to a better understanding of the adhesion mechanism.

In this paper I will present a review of recent work into the mechanism of adhesion and the processes of adhesion degradation at the steel cord/ rubber interface.

## DISCUSSION

Brass plating had been used traditionally for rubber to metal bonding before the introduction of polymeric adhesives. Since then polymeric adhesives have replaced brass plating in most applications. The situation is slightly different in car tyres, where high operating temperatures are combined with dynamic flexing of the cords. Under these conditions the only satisfactory adhesive that meets the requirements is brass plating.

The steel cords are manufactured[a] by cold rolling steel rods down to 5.5 mm diameter. These are then electroplated with brass in a continuous operation. The brass plated rods are cold drawn to produce a final cord of 0.15 to 0.38 mm diameter. Due to the manufacturing method, the brass surface has a pronounced cold worked structure which is crucial to satisfactory adhesion. It has been found that non-cold worked brass will not bond to rubber. A tyre cord will have typically a final brass thickness on the steel of about 0.2 - 0.3 μm.

The mechanism of adhesion may be elucidated from examination of the surfaces of the brass before and after vulcanisation of the rubber. The depth profiles in Figures 1 and 2 were obtained by XPS analysis. These figures show a change in the structure of the brass surface due to vulcanisation. The depth profiles can be used to construct an image of the continuance of the interfacial region. It is now generally agreed that the brass surface before vulcanisation presents a thin layer which is $Cu_2O$ rich, followed by a layer of ZnO with Cu inclusions (Figure 3). After vulcanisation, complexes of Cu and Zn with sulphur are grown on the surface in the form of dendrites (Figure 4).

– 496 –



Fig. 1  Depth profile of polished
70/30 brass prior to
vulcanisation[1]



Fig. 2  Depth profile of brass
surface after vulcanisation[2]



Fig. 3  Surface of brass before
vulcanisation



Fig. 4  Interfacial region after
vulcanisation

The process of adhesion may be described as follows. During the early stages of vulcanisation, rubber-sulphur entities of the form $R-S_y^*$ are formed. These are absorbed on the surface of the brass where $S_y^{2-}$ ions are formed by absorption of an electron released by the copper. Both electrons and $Cu^+$ ions diffuse to the surface. Initially ZnS is formed on the surface, but is rapidly overgrown by cuprous sulphide. The $Cu_xS$ film may contain ZnS inclusions. The $Cu_2O$, initially on the surface, is also converted to $Cu_xS$. The growth of the non-stoichiometric cuprous sulphide is terminated by depletion of copper inclusions in the ZnO layer. This process is completed during scorch time before crosslinking of the rubber commences.

The $Cu_xS$ layer consists of porous dendrites which grow out into the still relatively fluid rubber. At that stage the rubber molecules crosslink around the dendrites. The bond obtained is thus of a mechanical nature.

– 497 –

Bond degradation may occur due to several processes which include thermal ageing and electrochemical corrosion. If any Cu inclusions remain in the ZnO layer after vulcanisation, these may diffuse in time into the interfacial region to form $Cu_XS$ which will outgrow the existing layer and strain it. The main process involved in bond degradation, however, is diffusion of $Zn^{2+}$ ions into the interfacial region. This diffusion will lead to an overgrowth of the $Cu_XS$ by either ZnS or $ZnO/Zn(OH)_2$ in the presence of moisture. The overall process is known as dezincification. The type and rate of the process will depend on the availability of moisture and oxygen, on the characteristics of the $Cu_XS$ layer, and on cord parameters such as plating weight and thickness.

Various ageing tests such as steam, humidity or temperature ageing can accelerate the process of dezincification to allow faster results. Adhesion retention during accelerated ageing may be improved by formation of a stable $Cu_XS$ film, and the presence of a homogeneous ZnO layer of low electrical conductivity to reduce the potential for electrochemical corrosion.

Corrosion resistance of cords has been improved by the addition of cobalt salt inhibitors. It is claimed[1] that these work by reducing the diffusion of $Zn^{2+}$ by forming a semiconducting ZnO layer. Other methods of adhesion improvement involve varying rubber formulations by selecting accelerator types and the sulphur/accelerator ratio. These methods work because they change the nature of the $Cu_XS$ film.

## CONCLUSION

Work is in progress to improve the adhesion retention of brass plated steel tyre cords. This involves an understanding of the mechanism of adhesion, and the effect of various rubber and cord parameters on the adhesive strength of the cord. A useful technique in the analysis of the rubber/metal interface is surface specific analysis (XPS).

## REFERENCES

1. W.J. Van Ooij, *Mechanism and Theories of Rubber Adhesion to Steel Tyre Cords: An Overview*, 124th Meeting of the Rubber Division, ACS, Houston, Oct.25-28, 1983, paper no.59
2. D.A. Stout, *Appl. Surf. Sci.*, 15, 166-177 (1983)
3. R.A. Fleming and D.I. Livingston (Eds.), *Tire Reinforcement and Tire Performance*, ASTM STP 694 (1978)